# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DARDEN CORPORATION, | ) | |
| A Florida Corporation, | ) | Civil Action No. |
|     Plaintiff, | ) | _____ |
| | ) | |
| v. | ) | |
| | ) | FILED: AUGUST 29, 2008 |
| FREDERICK JOSEPH, | ) | 08CV4957 |
|  an individual, d/b/a US Search, | ) | JUDGE LEINENWEBER |
| US Record Search, US Records Search, | ) | MAGISTRATE JUDGE MASON |
| BankAccountsSearch, and/or | ) | EDA |
| Information Services, Inc., | ) | |
|     Defendant. | ) | |

## COMPLAINT

Plaintiff Darden Corporation (hereinafter "Darden" or "Plaintiff") for its

Complaint against Frederick Joseph, a/k/a Fred Joseph, d/b/a US Search and/or US

Record Search and/or US Records Search and/or BankAccountSearch and/or Information

Services, Inc. (hereinafter "Joseph" or "Defendant"), alleges as follows:

## PARTIES

1.    Plaintiff, Darden is a corporation organized and existing under the laws of

the State of Florida, with its principal place of business located at 5900 Lake Ellenor

Drive, Orlando, FL 32859. Darden and related subsidiary or parent companies own the

domain names, trademarks, and service marks used by restaurant chains through its

operating subsidiaries, including by way of example the Olive Garden®, Red Lobster®

and The Capital Grille® restaurant chains. Darden through its operating subsidiaries

conducts a significant level of business throughout the Chicagoland area and within this

Judicial District by way of the operation of for instance a number of Olive Garden®

restaurants, generating millions of dollars in sales annually, in addition to the operation of

other highly successful restaurant chains, including the Red Lobster® and The Capital

Grille® restaurant chains.

2.    The Defendant, Frederick Joseph, an individual, d/b/a US Search and/or US

Record Search and/or, US Records Search and/or BankAccountsSearch and/or

Information Services, Inc., on information and belief, has a principal place of business

and/or residence located at 5406 Godfrey Road #100, Coral Springs, Florida 33067

and/or at 3300 N. University Dr., Suite 100 Coral Springs, Florida 33065.

## JURISDICTION AND VENUE

3.    This action is for Federal trademark infringement, dilution and unfair

competition involving claims arising under the Trademark Act of the United States,

commonly known as the Lanham Act 15 U.S.C. §§1051 et seq., for cybersquatting under

15 U.S.C. §1125(d), and for state common law trademark infringement, injury to

business reputation and dilution, deceptive trade practices, deceptive business practices,

and unfair competition under the laws of the State of Illinois, involving claims arising

under the Illinois Anti-Dilution Act, 765 ILCS 1035/I et seq., the Uniform Deceptive

Trade Practices Act, 815 ILCS 510.1 et seq., the Illinois Consumer Fraud and Deceptive

Business Practices Act, 815 ILCS 505/2 and the Common Law.

4.    This Court has subject matter jurisdiction over the Federal Claims pursuant

to 28 U.S.C. §§1331, 1338(a), 15 U.S.C. §1121, and has subject matter jurisdiction over

the state law claims under 28 U.S.C. §1338(b) and under supplemental jurisdiction, 18

U.S.C. §1367, since these claims are joined with substantial and related claims under the

trademark laws of the United States, and are related to claims in the action within such

original jurisdiction that they form part of the same case or controversy of derive from a common nucleus of operative fact.

5.      Venue properly lies within the Northern District of Illinois pursuant to 28 U.S.C. §§1391(b) and (c), as these causes of action arise, based upon information and belief, as a result of Defendant's doing and transacting business in this Judicial District, or offering to sell products or making products and/or services available or by promoting an infringing mark to prospective purchases within this District, and marketing products and/or services, bearing or in conjunction with, an infringing mark within this District, and wherein Plaintiff has significant business interests in this Judicial District generating millions of dollars in sales annually.

## GENERAL FACTUAL ALLEGATIONS

### PLAINTIFF DARDEN'S OLIVE GARDEN MARKS AND ITS OLIVEGARDEN.COM DOMAIN NAME

6.      Plaintiff Darden's parent, Darden Restaurants, is the world's largest company-owned and operated full-service restaurant line with approximately $6.7 billion in annual sales, with Darden's affiliated companies operating in excess of 1,700 restaurants, including the **Olive Garden** brand chain of restaurants, the largest company operating casual full-service Italian restaurants in the world, which after more than twenty-five years in business, since 1982, has in excess of $1 billion of annual sales today.  The **Olive Garden** brand of restaurants is one of the most well-known and popular Italian-themed restaurant chains in the country.  Through Darden's long and successful efforts, its **OLIVE GARDEN** name and mark has earned extensive good will and favorable recognition as well as a reputation for high-quality products and services,

and Darden's **OLIVE GARDEN** mark is a famous mark, instantly recognizable as a source of such good will, high reputation, and high quality goods and service.

7.     Darden operates through the **OLIVE GARDEN** web site available through the **olivegarden.com** domain name, owned by its parent Darden Restaurants, and which prominently features the **OLIVE GARDEN** mark and logo.

8.     Darden by way of its affiliated companies under license operates its restaurants and promotes, offers and sells its goods and services under and in conjunction with the following **OLIVE GARDEN** trademark registrations:

| Registration No. | Mark | Registration Date |
| --- | --- | --- |
| 1274677 | **THE OLIVE GARDEN** | April 17, 1984 |
| 1589182 | **THE OLIVE GARDEN** | March 27, 1990 |
| 1815055 | **THE OLIVE GARDEN** | January 4, 1994 |
| 1427968 | **THE OLIVE GARDEN** | February 3, 1987 |
| 2393731 | **OLIVE GARDEN ITALIAN RESTAURANT** | October 10, 2000 |
| 2396048 | **OLIVE GARDEN ITALIAN RESTAURANT** | October 17, 2000 |
| 2582236 | **OLIVE GARDEN ITALIAN RESTAURANT** | June 18, 2002 |
| 2582235 | **OLIVE GARDEN ITALIAN RESTAURANT** | June 18, 2002 |

These registrations, which issued on the Principal Register, are in full force and effect and have long since acquired "incontestable" registration status. Attached as Exhibit 1 are extracts of these registrations from the United States Patent and Trademark Office.

9.     For over one quarter of a century, Darden (and its predecessors in ownership) has spent substantial sums in advertising and promoting its **OLIVE GARDEN** name and trademark throughout the United States and in foreign commerce, and, as set forth above, has achieved over $1 billion in sales of its products and services in conjunction with its well-known and famous **OLIVE GARDEN** marks.

10.     By reason of Plaintiff's extensive promotion and sale of its highly

regarded products and services in conjunction with its Italian-themed restaurants,

Plaintiff's **OLIVE GARDEN** name and mark has acquired very valuable good will,

recognition and renown, in the relevant trade, and the public has come to recognize the

**OLIVE GARDEN** name and mark as signifying Plaintiff.

### DEFENDANT'S INFRINGING AND UNAUTHORIZED ACTS

11.     Plaintiff has not authorized Defendant to use in any way its **OLIVE**

**GARDEN** name and trademark.

12.     On information and belief, Defendant registered the domain names

**olivegardengals.com** and **olivegardengirls.com** without authorization from Plaintiff,

and which infringe on Plaintiff's **OLIVE GARDEN** mark(s). A copy of the domain

name registration particulars for the domain names **olivegardengals.com** and

**olivegardengirls.com** dated May 11, 2008 is attached hereto as Exhibit 2.

13.      Plaintiff, on information and belief, alleges that at some time after the

registration thereof, Defendant posted a website on the **olivegardengals.com** and

**olivegardengirls.com** domain names which features links such as, "Garden," "Olives"

and "Gift", among others, which further divert Internet users, or otherwise customers

and/or potential customers of Darden, to commercial business listings and advertisements

of competitors of Plaintiff. On information and belief, Defendant generates revenue every

instance one of the advertising links on the websites available through the

**olivegardengals.com** and **olivegardengirls.com** domain names is selected by an Internet

user. Attached as Exhibit 3 are printouts of the websites operated, on information and

belief, by Defendant and available through the **olivegardengirls.com** and

**olivegardengals.com** domain names, which evidence Defendant's commercial use of these domain names to purposefully and intentionally divert Internet users, or otherwise customers and/or potential customers of Plaintiff, to Plaintiff's competitors.

14.    Attached hereto as Exhibit 4 is a printout of the website Internet users, or otherwise customers and/or potential customers of Plaintiff, are directed to through the "Olives" link of the **olivegardengals.com** website obtained and used by Defendant, which features such links as "Gourmet Stuffed Olives" and "Food".

15.    Also attached hereto as Exhibit 5 is a printout of the website available through the aforementioned "Food" link via Defendant's **olivegardengals.com** website, which features such links as "Domino's Pizza" and "L. Woods Pine Tap and Lodge", which are eating and/or otherwise restaurant establishments competitive to Plaintiff's **OLIVE GARDEN** trademarked restaurant chain.

16.    Further attached hereto as Exhibit 6 are printouts of the official Domino's Pizza website (www.dominospizza.com) and the official L. Woods Pine Tap and Lodge website (www.lwoodsrestaurant.com), which are both available and accessible through the aforementioned "Domino's Pizza" and "L. Woods Pine Tap and Lodge" links, respectively, to which Internet users, or otherwise customers and/or potential customers of Plaintiff, have been diverted by way of Defendant's unauthorized registration and use of the **olivegardengals.com** domain name.

17.    Exhibits 2, 3, 4, 5 and 6 are evidence of Defendant's unauthorized commercial use in interstate commerce of Defendant's purposefully and intentionally infringing domain names **olivegardengals.com** and **olivegardengirls.com**, in a manner and fashion that is likely to cause consumer confusion, and upon information and belief,

has caused and is continuing to cause consumer confusion, and has done so intentionally, between Plaintiff's goods and services used in conjunction with its famous **OLIVE GARDEN** name and mark and those of Defendant and/or one or more of Plaintiff's competitors in the relevant market.

18.    Defendant's **olivegardengals.com** and **olivegardengirls.com** domain names irrefutably and intentionally incorporate Plaintiff's famous **OLIVE GARDEN** name and mark in its entirety, and merely append thereto the generic terms/names "gals" and "girls", respectively. The registration and use of Defendant's **olivegardengals.com** and **olivegardengirls.com** domain names therefore demonstrates and evidences a deliberate and bad faith attempt by Defendant to divert Internet users, and or otherwise customers and/or potential customers of Plaintiff, intending to access Plaintiff's operating **OLIVE GARDEN** website.

19.    Plaintiff contacted Defendant through a cease-and-desist letter dated May 12, 2008 sent by Plaintiff's counsel, which notified Defendant that its unauthorized use and registration of the **olivegardengals.com** and **olivegardengirls.com** domain names constituted acts infringing directly upon Plaintiff's **OLIVE GARDEN** trademark. See Exhibit 7.

20.    Defendant's counsel, Forrest Freeman, Esq. of Forrest Freeman and Associates, P.C., contacted Plaintiff's counsel via telephone on May 23, 2008 and acknowledged receipt of Plaintiff's cease-and-desist letter and offered to remove the website content associated with both the **olivegardengals.com** and **olivegardengirls.com** domain names and to transfer the complained of infringing domain names for a "nominal" sum of money.

21.    Plaintiff's counsel replied to Defendant's counsel via e-mail on June 2, 2008, and relayed Plaintiff's offer to reimburse Defendant for its nominal costs incurred in registering the **olivegardengals.com** and **olivegardengirls.com** domain names. See Exhibit 8.

22.    Defendant replied to Plaintiff's reimbursement offer in e-mail correspondence from Defendant's counsel to Plaintiff's counsel dated June 9, 2008, in which Defendant offered to transfer the infringing domain names **olivegardengirls.com** and **olivegardengals.com** to Plaintiff for a fee of $10,000.00, further evidencing bad faith on behalf of the Defendant in the registration and use of its infringing domain names. See Exhibit 9.

23.    Thereafter, it came to Plaintiff's attention that Defendant had in fact registered the following eight (8) domain names, all incorporating Plaintiff's **OLIVE GARDEN** name and trademark without authorization, on May 24, 2008, after Defendant's documented receipt of Plaintiff's counsel's cease-and-desist letter:

> **olivegardengals.info**
> **olivegardengals.net**
> **olivegardengals.org**
> **olivegardengirls.info**
> **olivegardengirls.net**
> **olivegardengirls.org**
> **olivegardens.info**
> **olivegardens.org**

Copies of the domain name registration information for the above-referenced domains are attached as Exhibit 10.

24.    By way of a June 16, 2008 e-mail correspondence from Defendant's counsel Forest Freedman to Plaintiff's counsel, Defendant offered "to sell" to Plaintiff

Defendant's following domain names:

> **olivegardengirls.com**
> **olivegardengals.com**
> **olives.bz**
> **olivegardengals.com**
> **olivegardengals.net**
> **olivegardengals.org**
> **olivegardengals.info**
> **olivegardengals.us**
> **olivegardens.info**
> **olivegardens.org**
> **olivegardens.us**

and demanded the sum of $7,000.00 therefor, which is additional evidence of bad faith on behalf of the Defendant in the registration of the infringing domain names.  See Exhibit 11.

25.    Aside from the domain **olives.bz**, the remaining above-listed domains are all registered to Frederick Joseph.  The **olivegardens.info**, **olivegardens.org** and **olivegardens.us** domain names resolve to parking pages featuring generic links.  The **olivegardengals.net**, **olivegardengals.org**, **olivegardengals.info**, and **olivegardengals.us** domain names redirect Internet users to the website **www.information.com**, another parking page.  All were registered on May 24, 2008, well after Defendant's documented receipt of Plaintiff's counsel's cease-and-desist letter.

26.    Defendant has also registered the following three other domain names incorporating Plaintiff's **OLIVE GARDEN** name and mark, which were conveniently left out of the noted domains Defendant improperly offered to sell for $7,000.00 to Plaintiff by way of his June 16, 2008 e-mail correspondence: **olivegardengirls.info**, **olivegardengirls.net**, and **olivegardengirls.org**.  These three domains were also registered by Defendant Joseph on May 24, 2008, and resolve to the **www.information.com** website.

27.    Defendant followed up its June 16, 2008 domain name offer to sell correspondence with further correspondence on July 8, 2008 from his counsel Forrest Freedman, stating, in essence, that Plaintiff has now had an "opportunity to purchase" the infringing domain names and "has refused", and that Defendant is now advised that he is "free to use the names" or "sell said domain names to whomever…", additionally evidencing bad faith intent on behalf of the Defendant in his registration of the infringing domain names using Plaintiff's **OLIVE GARDEN** name and mark without authorization.  See Exhibit 12.

28.    Defendant's acts complained of herein constitute blatant cybersquatting. Defendant Joseph is attempting to hold Plaintiff hostage and extort an unreasonable sum of money for transfer of the domains which infringe upon Plaintiff's **OLIVE GARDEN** mark (hereinafter "the infringing **OLIVE GARDEN** domain names").  Ten of the twelve subject domain names were registered after Plaintiff's counsel initially sent a cease-and desist letter.  Furthermore, despite requests from Plaintiff's counsel, Defendant has failed to proffer any evidence of legitimate rights in or use of the infringing **OLIVE GARDEN** domain names and associated web sites, including any business activity, business plans, website plans, uses or intended uses of the OLIVE and/or GARDEN designations in connection with a legitimate business activity, and/or federal trademark registrations and/or applications and copyrights incorporating the OLIVE and/or GARDEN designations.

29.    The Defendant's unauthorized use of the infringing **OLIVE GARDEN** domain names in promoting the sale and/or distribution of Defendant's products and/or services will cause a likelihood of confusion, mistake or deception, of a significant

number of prospective purchasers into believing that there is some affiliation, association or common source of sponsorship with Plaintiff's mark **OLIVE GARDEN**, or with Plaintiff's restaurant products, food products and/or services associated therewith. On information and belief, actual confusion has already occurred between the use of Plaintiff's name and mark Defendant's unauthorized and the infringing **OLIVE GARDEN** domain names.

30.     Defendant's registration and use of the infringing **OLIVE GARDEN** domain names, with products similar in function or characteristics or competitive to those of Plaintiff, has, on information and belief, caused, and is causing, actual confusion, mistake and/or deception in the marketplace amongst relevant consumers.

31.     Defendant has registered and used one or more of the infringing **OLIVE GARDEN** domain names, on information and belief, in commerce in association with the distribution, promotion, advertising and sale to the consuming public and trade of related types of products and services to those offered by the Plaintiff under its name and trademark **OLIVE GARDEN**.

32.     Upon information and belief, Defendant's registration and use of the infringing **OLIVE GARDEN** domain names bearing Plaintiff's mark **OLIVE GARDEN** was selected for use in the United States by Defendant in order to trade upon the reputation and goodwill of Plaintiff or with prior awareness of the Plaintiff's use of its name and mark **OLIVE GARDEN**; Defendant seeks to reap where Defendant has not sown.

33.     Persons familiar with Plaintiff's name and trademark **OLIVE GARDEN** and the business of the Plaintiff and/or Plaintiff's advertising are likely to be confused,

mistaken and/or deceived upon seeing Defendant's use of **OLIVE GARDEN** in the infringing **OLIVE GARDEN** domain names, or led to believe that Defendant's business is endorsed by, sponsored by, or emanates from, or in some way is connected with Plaintiff or Plaintiff's business or with Plaintiff's name and trademark **OLIVE GARDEN**.

34.    Defendant has, on information and belief, intentionally and willfully attempted to trade upon the goodwill of Plaintiff and Plaintiff's **OLIVE GARDEN** name and trademark.

35.    As a result of Defendant's unfair and infringing acts or misappropriations, Plaintiff has been irreparably damaged and unless Defendant's infringing activities are enjoined, Plaintiff will continue to suffer irreparable injury and harm to its property and goodwill.

36.    Certain products designed or intended for sale under Defendant's use of **OLIVE GARDEN** and the infringing **OLIVE GARDEN** domain names and under Plaintiff's name and mark **OLIVE GARDEN,** on information and belief, could move through the same or similar channels of trade or could be promoted to the same classes of prospective purchasers, or to the same prospective purchasers.

37.    Defendant's use of **OLIVE GARDEN** through registration and use of the infringing **OLIVE GARDEN** domain names will result in damage to as well as diminishment of sales and loss of value in Plaintiff's name and mark **OLIVE GARDEN**.

38.    Upon information and belief, Defendant, with knowledge of Plaintiff's name and trademark **OLIVE GARDEN** and in willful disregard of Plaintiff's rights, is engaging in a deliberate course of conduct designed to appropriate the goodwill

associated with Plaintiff's name and trademark **OLIVE GARDEN**, and Defendant began to offer in the U.S. products or services in association with **OLIVE GARDEN** at a time long after Plaintiff's name and trademark **OLIVE GARDEN** had become famous and a well-known trademark.

39.    Defendant's use of a name that is identical or similar to the Plaintiff's name and trademark **OLIVE GARDEN** by way of the infringing **OLIVE GARDEN** domain names, will irreparably harm Plaintiff by diminishing the reputation and goodwill of Plaintiff's name and mark.  The public association of the name and trademark **OLIVE GARDEN** with Plaintiff's products and services is so great that the use by another of the mark **OLIVE GARDEN** for similar and/or related goods and services will inevitably cause the trade or consumers to believe that they are produced, authorized, licensed, or sponsored by Plaintiff or that they are somehow connected with Plaintiff.

40.    Plaintiff will be unable to police the nature and quality of goods and/or services sold by Defendant under or with **OLIVE GARDEN**.  The sale and/or promotion by Defendant of products or services under or with **OLIVE GARDEN** will also blur and diminish the distinctive quality of the Plaintiff's name and trademark **OLIVE GARDEN** and lessen its capacity to identify and distinguish the products and services of Plaintiff.

41.    Upon information and belief, Defendant has registered and is using the infringing **OLIVE GARDEN** domain names, which are confusingly similar to Plaintiff's **OLIVE GARDEN** name and trademark.

42.    Upon information and belief, Defendant has used, and is using one or more of the infringing **OLIVE GARDEN** domain names, to divert for commercial gain Internet users and/or customers or potential customers of Plaintiff, searching for

Plaintiff's **OLIVE GARDEN** name and mark and products and services, sold under

Plaintiff's **OLIVE GARDEN** name and mark.

43.    Upon information and belief, Defendant hosts websites at the infringing

domain names **www.olivegardengals.com** and **www.olivegardengirls.com**, which

display HTML links featuring advertisements for goods and services, which are

competitive with those sold or provided in connection with Plaintiff's **OLIVE GARDEN**

name and mark.

44.    Defendant's unauthorized registration and/or use of the infringing **OLIVE**

**GARDEN** domain names, is likely to cause confusion, mistake, and deception as to the

source or origin of the infringing domain names, and is likely to falsely suggest a

sponsorship, connection, license, or association of Defendant, and the infringing **OLIVE**

**GARDEN** domain names, with Plaintiff.

45.    Defendant's activities have irreparably harmed and, if not enjoined, will

continue to irreparably harm Plaintiff and Plaintiff's long-used and long-federally

registered **OLIVE GARDEN** trademark.

46.    Defendant's activities have irreparably harmed and, if not enjoined, will

continue to irreparably harm the general public who has an inherent interest in being free

from confusion, mistake and deception.

## <u>COUNT I</u>

### (Federal Trademark Infringement)

47.    Plaintiff realleges and incorporates herein by this reference the allegations

contained in paragraphs 1 through 46 hereof as if set forth in full.

48.     Defendant's unauthorized use in commerce of **OLIVE GARDEN** by way of the infringing **OLIVE GARDEN** domain names is likely to result in confusion, deception, or mistake and therefore constitutes an infringement of Plaintiff's registered trademarks pursuant to 15 U.S.C. §§ 1114.

49.     Defendant has used, and is continuing to use, **OLIVE GARDEN** with full knowledge of Plaintiff's prior and extensive rights in its name and trademark **OLIVE GARDEN**, and with an intent and purpose to trade upon the goodwill of Plaintiff's name and trademark **OLIVE GARDEN**. The Defendant's infringement is thus willful and deliberate.

## <u>COUNT II</u>

### (Unfair Competition Under Federal Law)

50.     Plaintiff realleges and incorporates herein by this reference the allegations contained in paragraphs 1 through 49 of this Complaint as if set forth in full.

51.     Defendant's unauthorized use in commerce of **OLIVE GARDEN** constitutes a false designation of origin and a false or misleading representation of fact that is likely to confuse or deceive consumers, or cause consumers to believe mistakenly that Defendant and/or its goods and services are made or produced or offered by Plaintiff, or are otherwise affiliated, connected, or associated with, or sponsored or approved by Plaintiff and therefore constitutes unfair competition pursuant to Section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a).

52.     Defendant's use in commerce of **OLIVE GARDEN** in connection with Defendant's marketing, distribution, promotion and sale to the consuming public of products constitutes a misappropriation of the distinguishing and identifying features

which Plaintiff created through substantial effort and expense, thus evoking from the

trade, consumers and others an immediate commercial impression or association

favorable to Defendant, based on and derived from Plaintiff's name and trademark

**OLIVE GARDEN** and the goodwill associated therein.

53.    Defendant's use of **OLIVE GARDEN** constitutes false representations

that Defendant has some connection or association with, or sponsorship by Plaintiff, and

that the products identified with Plaintiff are available from Defendant.

54.    Said actions of Defendant constitute violations of

15 U.S.C. §1125(a) in that such false designation and representations of origin and

quality are used on or in connection with the services and products that Defendant cause

to enter into, or to affect commerce, which may lawfully be regulated by Congress.

55.    Defendant has used, and is continuing to use, **OLIVE GARDEN** with full

knowledge of Plaintiff's **OLIVE GARDEN** name and trademark rights, and therefore

with an intent and purpose to trade upon the goodwill of Plaintiff's trademark **OLIVE**

**GARDEN**.  Defendant's infringement is thus willful and deliberate.

## COUNT III

### (Dilution Under Federal Law)

56.    Plaintiff realleges and incorporates herein by this reference the allegations

contained in paragraphs 1 through 55 hereof as if set forth in full.

57.    The use by Defendant of **OLIVE GARDEN**, alone or in combination with

other words or symbols, will dilute, or is likely to dilute, the distinctive quality of

Plaintiff's exceptionally well-known and famous trademark **OLIVE GARDEN**, and

therefore constitutes federal trademark dilution pursuant to Section 43(c) of the Lanham Act, 15 U.S.C. §§ 1125(c), as amended by the Federal Trademark Dilution Act of 1995.

58.    Defendant has used and continues to use **OLIVE GARDEN** with full knowledge of Plaintiff's long prior rights and fame of its name and trademark **OLIVE GARDEN**, and, based upon information and belief, is with a deliberate intent and purpose to trade upon the goodwill of Plaintiff's name and trademark **OLIVE GARDEN** or to dilute the distinctive quality thereof, blur and diminish the distinctive quality of the Plaintiff's **OLIVE GARDEN** name and trademark and lessen its capacity to identify and distinguish the products of Plaintiff.

## COUNT IV

### (Cybersquatting on the OLIVE GARDEN mark under 15 U.S.C. §1125(d))

59.    Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 58 hereof as though fully set forth in full.

60.    Upon information and belief, Defendant Joseph registered, and Defendant trafficked in, or used the infringing **OLIVE GARDEN** domain names.

61.    Plaintiff's **OLIVE GARDEN** trademark was distinctive and federally registered at the United States Patent and Trademark Office at the time Defendant Joseph registered and used the infringing **OLIVE GARDEN** domain names.

62.    The infringing **OLIVE GARDEN** domain names are confusingly similar to Plaintiff's **OLIVE GARDEN** name and trademark and registered domain name **olivegarden.com**.

63.    Upon information and belief Defendant registered, and Defendant trafficked in, or used the infringing **OLIVE GARDEN** domain names, in bad faith and

with the intent to profit from the goodwill long established by Plaintiff in its **OLIVE GARDEN** name and trademark.

64.    Defendant does not have any intellectual property rights or any other rights in the **OLIVE GARDEN** name and trademark.

65.    Upon information and belief, Defendant has not made any prior use in the United States of the infringing **OLIVE GARDEN** domain names in connection with the *bona fide* offering of any goods or services.

66.    Upon information and belief, Defendant has not made any *bona fide* fair use of Plaintiff's **OLIVE GARDEN** trademark on a website accessible under the infringing **OLIVE GARDEN** domain names.

67.    Upon information and belief, Defendant Joseph registered and used, and is using, the infringing **OLIVE GARDEN** domain names to divert consumers from Plaintiff's operating Olive Garden website to a website accessible under the infringing **OLIVE GARDEN** domain names for Defendant's commercial gain by creating a likelihood of confusion as to the source, sponsorship, affiliation or endorsement of the website.

68.    Upon information and belief, Defendant Joseph registered the infringing **OLIVE GARDEN** domain names which Defendant knew were identical or confusingly similar to marks of others that were distinctive at the time of the registration of the confusingly similar and infringing **OLIVE GARDEN** domain names.

69.    Defendant Joseph's registration, and Defendant's trafficking in, or use of the infringing **OLIVE GARDEN** domain names constitutes cybersquatting in violation of 15 U.S.C. § 1125(d), entitling Plaintiff to relief.

70.     By reason of Defendant's acts alleged herein, Plaintiff's remedy at law is not adequate to compensate it for the injuries inflicted by Defendant.  Accordingly, Plaintiff is entitled to preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

71.     Plaintiff, on information and belief, alleges that Defendant's acts are willful and malicious, and intended to injure and cause harm to Plaintiff.

72.     By reason of Defendant's acts alleged herein, Plaintiff is entitled to recover Defendant's profits, actual damages and the costs of the action, or statutory damages under 15 U.S.C. § 1117(d), on election by Plaintiff, in an amount of $100,000 per domain name.

73.     This is an exceptional case making Plaintiff eligible for an award of attorneys' fees under 15 U.S.C. § 1117.


## COUNT V

**(Illinois Trademark Infringement)**

74.     Plaintiff realleges and incorporates herein by this reference the allegations contained in paragraphs 1 through 73 hereof, as if fully set forth in full.

75.     Defendant's unauthorized use in commerce of **OLIVE GARDEN** is likely to result in confusion, deception or mistake and therefore constitutes an infringement of Plaintiff's name and trademark **OLIVE GARDEN** pursuant to 765 ILCS § 1036/et seq.

76.     Defendant has used, and is continuing to use, **OLIVE GARDEN** with full knowledge of Plaintiff's prior and extensive rights in its name and trademark **OLIVE GARDEN**, and such continuing use is therefore with an intent and purpose to trade upon

the goodwill of Plaintiff's name and trademark **OLIVE GARDEN**.  Defendant's

infringement is thus willful and deliberate.

## COUNT VI

### (Illinois Trademark Dilution)

77.     Plaintiff realleges and incorporates herein by this reference each and every

allegation contained in paragraphs 1 through 76 hereof as if set out in full.

78.     Defendant's use of **OLIVE GARDEN** in connection with the sale of

Defendant's products and/or services, over the quality of which Plaintiff can exercise no

control, creates a likelihood of injury to Plaintiff's business reputation and of dilution of

the distinctive quality or Plaintiff's famous **OLIVE GARDEN** marks in violation of 765

ILCS § 1036/65.

79.     Defendant's acts alleged herein have caused and, unless restrained and

enjoined by this Court, will continue to cause irreparable injury to Plaintiff for which

Plaintiff is without an adequate remedy at law.

## COUNT VII

### (Unfair Competition Under Illinois Common Law)

80.     Plaintiff realleges and incorporates herein by this reference each and every

allegation contained in paragraphs 1 through 79 hereof as if set out in full.

81.     Defendant's use of **OLIVE GARDEN** is being done with the intent to

palm off its products and services as originating from or having the sponsorship,

affiliation or approval of Plaintiff in order to trade on the goodwill created by Plaintiff in

its name and trademark **OLIVE GARDEN**.  This use has continued in bad faith despite

Defendant's knowledge of Plaintiff's federally registered **OLIVE GARDEN** name and trademarks and Defendant's problematic and infringing use of **OLIVE GARDEN**.

82.    Defendant's unauthorized use constitutes the common law tort of unfair competition.

## COUNT VIII

### (Deceptive Trade Practices Under Illinois Law)

83.    Plaintiff realleges and incorporates herein by this reference each and every allegation contained in paragraphs 1 through 82 hereof as if set out in full.

84.    Defendant's use of Plaintiff's mark **OLIVE GARDEN** in conjunction with the same and/or similar related products and services of Plaintiff constitutes a deceptive trade practice in violation of 815 ILCS 510/2 et seq. insofar as it:

    (a)    passes off the Defendant's products and services as that of the Plaintiff **DARDEN**;

    (b)    causes a likelihood of confusion or misunderstanding as to the source, sponsorship, approval or certification of its goods;

    (c)    causes a likelihood of confusion or of misunderstanding as to the affiliation, connection or association with or certification by Plaintiff **DARDEN**;

    (d)    represents that Defendant's goods and services have sponsorship or approval that they do not have.

85.    Defendant's acts as stated above, constitute deceptive business practices in that as alleged previously, those acts in trade and commerce use and employ practices set out in Section 2 of the Uniform Deceptive Trade Practices Act, 815 ILCS 510/2, and/or constitute the use and/or employment of deception, fraud, false pretense, false promise,

misrepresentation and/or the concealment, suppression and/or omission of a material fact, with an intent that others rely upon the concealment, suppression or omission of such material fact.

86.    Upon information and belief, Defendant has willfully engaged in the deceptive trade practices.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1.    That Defendant, its directors, officers, agents and employees, successors and assigns and all others acting in knowing consort with him, be jointly and severally preliminarily and then permanently restrained and enjoined from:

a.    marketing, advertising, displaying, selling or distributing related products or services to those of Plaintiff in association with the mark **OLIVE GARDEN**, or any confusingly similar mark, alone or in combination with any word, design or name, or any other mark, likely to cause confusion, mistake or deception with Plaintiff's name and trademark **OLIVE GARDEN**;

b.    otherwise infringing the Plaintiff's name and trademark **OLIVE GARDEN**;

c.    engaging in any other or further acts of unfair competition against Plaintiff;

d.    using any trademark or trade name which will be likely to dilute the distinctive quality of Plaintiff's name and trademark **OLIVE GARDEN** or tarnish the business reputation of Plaintiff;

e.    engaging in any deceptive trade practices in the offering of goods or services under the designation **OLIVE GARDEN** or any other variation or simulation of the name and mark **OLIVE GARDEN**;

f.    engaging in any deceptive business practice in the offering of goods and/or under the designation **OLIVE GARDEN** or any other variations or simulations of the Plaintiff's trademark **OLIVE GARDEN**; and

g.    be ordered to abandon any trademark applications filed for the mark **OLIVE GARDEN** and any confusingly similar variations thereof.

2.    That Defendant be directed to deliver up for destruction all labels, signs, prints, packages, wrappers, receptacles, advertisements or other materials in its possession or custody and control which are within the United States of America, its territories and possessions, which display the mark **OLIVE GARDEN** and all means of making or affixing the same pursuant to Section 36 of the Lanham Act, 15 U.S.C. § 1118.

3.    That Plaintiff be awarded the profits secured by Defendant as a result of Defendant's unlawful activities complained of herein, and that said award be trebled as provided by law or in the alternative that Plaintiff be awarded statutory damages in an amount determined by the Court for willful use of an infringing mark; by reason of Defendant's acts alleged herein, Plaintiff is entitled to recover Defendant's profits, actual damages and the costs of the action, or statutory damages under 15 U.S.C. § 1117, on election by Plaintiff, for domain name infringement

4.    That Defendant be required to assign its wrongful or infringing or cybersquatting domain names to Plaintiff.

23

5.      That Plaintiff be awarded punitive damages in such amount as the Court shall find sufficient to deter Defendant's willful unlawful conduct.

6.      That Plaintiff be awarded its costs incurred in this action, including its reasonable attorneys' fees.

7.      That Defendant be required to file with this Court and serve upon Plaintiff within thirty (30) days after entry of the order of judgment a report, in writing and under oath, setting forth the manner and form of Defendant's compliance with the Court's order.

8.      That Plaintiff have such other and further relief at law or in equity as is warranted by the facts established at trial or which this Court may deem as just and equitable.

Respectfully submitted,

By:    /s/ Burton S. Ehrlich_____
Burton S. Ehrlich
One of Plaintiff's attorneys

Burton S. Ehrlich
Bar No. O721018
John P. Luther
WSBA No. 34115
Ladas & Parry LLP
224 South Michigan Avenue
Suite 1600
Chicago, Illinois 60604
(312) 427-1300

```
                              JUDGE LEINENWEBER
                              MAGISTRATE JUDGE MASON
                              EDA
```

**<u>Exhibit 1</u>**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS* )

## Typed Drawing

| | |
|---|---|
| **Word Mark** | THE OLIVE GARDEN |
| **Goods and Services** | IC 042. US 100. G & S: Restaurant Services. FIRST USE: 19821213. FIRST USE IN COMMERCE: 19821213 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73413980 |
| **Filing Date** | February 17, 1983 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 24, 1984 |
| **Registration Number** | 1274677 |
| **Registration Date** | April 17, 1984 |
| **Owner** | (REGISTRANT) General Mills Restaurant Group, Inc. CORPORATION FLORIDA 255 S. Orange Ave. Orlando FLORIDA 32802 |
| | (LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BELINDA J. SCRIMENTI, |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040501. |
| **Renewal** | 1ST RENEWAL 20040501 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

*the Olive Garden*

| **Word Mark** | THE OLIVE GARDEN |
| **Goods and Services** | IC 030. US 046. G & S: BREAD. FIRST USE: 19880515. FIRST USE IN COMMERCE: 19880515 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73796380 |
| **Filing Date** | April 28, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 2, 1990 |
| **Registration Number** | 1589182 |
| **Registration Date** | March 27, 1990 |
| **Owner** | (REGISTRANT) GENERAL MILLS RESTAURANTS, INC. CORPORATION FLORIDA 6770 LAKE ELLENOR DRIVE ORLANDO FLORIDA 32859 |
| | (LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BELINDA J. SCRIMENTI |
| **Prior Registrations** | 1274677;1427968 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20001228. |
| **Renewal** | 1ST RENEWAL 20001228 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

Case 1:08-cv-04952

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | THE OLIVE GARDEN |
| **Goods and Services** | IC 029. US 046. G & S: salad dressings and soups. FIRST USE: 19910913. FIRST USE IN COMMERCE: 19910913 |
| | IC 030. US 046. G & S: meat sauces, tomato sauces, pasta sauces and pasta. FIRST USE: 19910913. FIRST USE IN COMMERCE: 19910913 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74375840 |
| **Filing Date** | April 5, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 12, 1993 |
| **Registration Number** | **1815055** |
| **Registration Date** | January 4, 1994 |
| **Owner** | (REGISTRANT) General Mills Restaurants, Inc. CORPORATION FLORIDA 5900 Lake Ellenor Drive Orlando FLORIDA 32809 |
| | (LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BELINDA J. SCSRIMENTI |
| **Prior Registrations** | 1274677;1427968;1589182 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040223. |
| **Renewal** | 1ST RENEWAL 20040223 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOᴵᴱ  ᵢ SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY .  ᴸICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THE OLIVE GARDEN |
| **Goods and Services** | IC 042. US 100. G & S: RESTAURANT SERVICES. FIRST USE: 19821213. FIRST USE IN COMMERCE: 19821213 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73606180 |
| **Filing Date** | June 24, 1986 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 11, 1986 |
| **Registration Number** | 1427968 |
| **Registration Date** | February 3, 1987 |
| **Owner** | (REGISTRANT) GENERAL MILLS RESTAURANT GROUP, INC. CORPORATION FLORIDA 255 SOUTH ORANGE AVENUE ORLANDO FLORIDA 32801 |
| | (LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BELINDA J. SCRIMENTI |
| **Prior Registrations** | 1274677 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060916. |
| **Renewal** | 1ST RENEWAL 20060916 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | OLIVE GARDEN ITALIAN RESTAURANT |
| **Goods and Services** | IC 042. US 100 101. G & S: RESTAURANT SERVICES AND CARRY-OUT FOOD SERVICES. FIRST USE: 19980406. FIRST USE IN COMMERCE: 19980406 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.01.04 - Vines<br>05.03.10 - Other branches with leaves, with or without fruit<br>05.09.06 - Avocados; Fruits with pits (apricots, peaches, plums, olives and the like) |
| **Serial Number** | 75872176 |
| **Filing Date** | December 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 18, 2000 |
| **Registration Number** | 2393731 |
| **Registration Date** | October 10, 2000 |
| **Owner** | (REGISTRANT) Darden Corporation CORPORATION FLORIDA 5900 Lake Ellenor Drive P.O. Box 593330 Orlando FLORIDA 328593330 |
| | (LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Belinda J. Scrimenti |
| **Prior Registrations** | 1274677;1427968;1589182;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ITALIAN RESTAURANT" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |

**Register**            PRINCIPAL
**Affidavit Text**      SECT 15. SECT 8 (6-YR).
**Live/Dead Indicator** LIVE

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | OLIVE GARDEN ITALIAN RESTAURANT |
| **Goods and Services** | IC 042. US 100 101. G & S: RESTAURANT SERVICES AND CARRY-OUT FOOD SERVICES. FIRST USE: 19980406. FIRST USE IN COMMERCE: 19980406 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.01.04 - Vines<br>05.03.10 - Other branches with leaves, with or without fruit<br>05.09.06 - Avocados; Fruits with pits (apricots, peaches, plums, olives and the like) |
| **Serial Number** | 75872177 |
| **Filing Date** | December 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 25, 2000 |
| **Registration Number** | 2396048 |
| **Registration Date** | October 17, 2000 |
| **Owner** | (REGISTRANT) Darden Corporation CORPORATION FLORIDA 5900 Lake Ellenor Drive P.O. Box 593330 Orlando FLORIDA 328593330 |
| | (LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Belinda J. Scrimenti |

| | |
|---|---|
| **Prior Registrations** | 1274677;1427968;1589182;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ITALIAN RESTAURANT" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark features the following colors: The words "OLIVE GARDEN" in green; the words "ITALIAN RESTAURANT" in purple; the design of the grapes in purple; the leaves on the grapes in green; the scroll design in black; and the leaves next to the scroll design so that on the top and bottom leaves, the left half of the leaf is in red, and the right half is in green, and on the middle leaf, the left half of the leaf is in green and the right half is in red. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | OLIVE GARDEN ITALIAN RESTAURANT |
| **Goods and Services** | IC 042. US 100 101. G & S: RESTAURANT AND CARRY-OUT FOOD SERVICES. FIRST USE: 19980400. FIRST USE IN COMMERCE: 19980400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.09.02 - Grapes<br>20.03.02 - Foil, aluminum (rolls); Gift wrapping paper (rolls); Paper towels (rolls); Paper, gift wrapping (rolls); Paper, rolls; Paper, toilet; Scrolls; Toilet paper; Towels, rolls of paper towels; Wallpaper, rolled<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.11.28 - Miscellaneous designs with overall rectangular shape; Rectangular shapes (miscellaneous overall shape) |
| **Serial Number** | 76329030 |
| **Filing Date** | October 23, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 26, 2002 |
| **Registration Number** | **2582236** |
| **Registration Date** | June 18, 2002 |
| **Owner** | (REGISTRANT) Darden Corporation CORPORATION FLORIDA 5900 Lake Ellenor Drive P.O. Box 593330 Orlando FLORIDA 328593330<br><br>(LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | Belinda J. Scrimenti |
| **Prior Registrations** | 1274677;1427968 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ITALIAN RESTAURANT" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | OLIVE GARDEN ITALIAN RESTAURANT |
| **Goods and Services** | IC 042. US 100 101. G & S: RESTAURANT AND CARRY-OUT FOOD SERVICES. FIRST USE: 19980400. FIRST USE IN COMMERCE: 19980400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.09.02 - Grapes<br>20.03.02 - Foil, aluminum (rolls); Gift wrapping paper (rolls); Paper towels (rolls); Paper, gift wrapping (rolls); Paper, rolls; Paper, toilet; Scrolls; Toilet paper; Towels, rolls of paper towels; Wallpaper, rolled<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.11.28 - Miscellaneous designs with overall rectangular shape; Rectangular shapes (miscellaneous overall shape) |
| **Serial Number** | 76329029 |
| **Filing Date** | October 23, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 26, 2002 |
| **Registration Number** | **2582235** |
| **Registration Date** | June 18, 2002 |
| **Owner** | (REGISTRANT) Darden Corporation CORPORATION FLORIDA 5900 Lake Ellenor Drive P.O. Box 593330 Orlando FLORIDA 328593330<br><br>(LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | Belinda J. Scrimenti |
| **Prior Registrations** | 1274677;1427968;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ITALIAN RESTAURANT" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark features the following colors - The words "OLIVE GARDEN" in green; the words "ITALIAN RESTAURANT" in purple; the design of the grapes in purple; the leaves on the grapes in green; the scroll design in black; and the leaves next to the scroll design so that on the top and bottom leaves, the left half of the leaf is in red, and the right half is in green, and on the middle leaf, the left half of the leaf is in green and the right half is in red. The text and design are imposed over a tablet in dark gold with shaded tones. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**<u>Exhibit 2</u>**



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**Enter IP Address**
Reverse IP By Enter IP Address Get Name
Phone Address & More !
▼ ▼

**Reverse IP LookUp**
Fast & Easy Reverse IP LookUp Get Name
Address Email & More !



**Whois:** [ olivegardengals.com ]   [ Whois >> ]

Checking server [whois.crsnic.net]

Checking server [whois.moniker.com]
Results:
Moniker.Com Whois Server Version 2.1

The Data in Moniker.Com's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker.Com does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic
processes that apply to Moniker.Com (or its
systems). Moniker.Com reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

Domain Name: OLIVEGARDENGALS.COM

Registrant [730842]:
fred joseph
5406 godfrey rd
coral springs
FL
33067

US

Administrative Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Billing Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Technical Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Domain servers in listed order:

NS1.DOMAINSERVICE.COM 67.99.176.12
NS2.DOMAINSERVICE.COM 67.97.247.209
NS3.DOMAINSERVICE.COM 64.49.213.231
NS4.DOMAINSERVICE.COM 67.97.247.210

Record created on: 2008-04-18 19:44:32.0
Database last updated on: 2008-04-19 17:44:45.843
Domain Expires on: 2009-04-18 19:44:41.0

_____

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.9.121.222) has visited 2 times today.

**Reverse IP LookUp**
Reverse IP By Enter IP Address
Get Name Phone Address & More !
People-Search.com

**Rever_ _ LookUp**
Fast & Easy Reverse IP LookUp Get
Name Address Email & More !
UnderCoverDetective.com

**Whois Ip Address**
Seacrhing For Whois IP Address?
Get Free Info & Answers Online
here!
Blurtit.com

**Whois Lookup**
Global Whois Lookup for domain
names and their owners
www.who.is

Ads by Googl

*Copyright Centergate® Research Group, LLC 1998 - 2007*



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**Reverse IP LookUp**
Reverse IP By Enter IP Address Get Name
Phone Address & More !
▼ ▼

**Reverse IP LookUp**
Fast & Easy Reverse IP LookUp Get Name
Address Email & More !



**Whois:** | olivegardengirls.com |    Whois >>

Checking server [whois.crsnic.net]

Checking server [whois.moniker.com]
Results:
Moniker.Com Whois Server Version 2.1

The Data in Moniker.Com's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker.Com does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic
processes that apply to Moniker.Com (or its
systems). Moniker.Com reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

Domain Name: OLIVEGARDENGIRLS.COM

Registrant [730842]:
fred joseph
5406 godfrey rd
coral springs
FL

33067
US


Administrative Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Billing Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Technical Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Domain servers in listed order:

NS1.DOMAINSERVICE.COM 67.99.176.12
NS2.DOMAINSERVICE.COM 67.97.247.209
NS3.DOMAINSERVICE.COM 64.49.213.231
NS4.DOMAINSERVICE.COM 67.97.247.210

Record created on: 2008-04-18 20:47:53.0
Database last updated on: 2008-04-19 17:44:45.923
Domain Expires on: 2009-04-18 20:48:03.0

---

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.9.121.222) has visited 4 times today.



**eMailTrackerPro**

**No more Spam!**

Trace any email back to its true location.
Report any email to the ISP responsible
and have the account shut down!
The ultimate spam fighting tool!

www.emailtrackerpro.com

Feedback - Ads by Google

*Copyright Centergate® Research Group, LLC 1998 - 2007*

**<u>Exhibit 3</u>**

olivegardengals.com

English

# Olivegardengals.com
*What you need, when you need It*

Search:

Search

**Related Searches**

Garden

Olives

Dental

Arden

Love

Vegas

Ge

Liver

Ecard

**Related Searches**

Plant

Art

Gift

Greenhouse

Gal

Card

Related Searches:  Greenhouse | Gal | Card | Home Improvement | Car | Nursery | Inquire about this domain

Bookmark this page | Make this your homepage | Inquire about this domain

olivegardengirls.com

# Olivegardengirls.com
*What you need, when you need it*

English ▾

Search:

[ Search ]

**Related Searches**

Garden
Girl
Olives
Arden
Love
Vegas
Irl
Liver
Ecard

**Related Searches**

Plant
Gift
Car
Greenhouse
Home Improvement
Nursery

Bookmark this page | Make this your homepage | Inquire about this domain

Related Searches:  Greenhouse | Home Improvement | Nursery | Art | Garden Supply | Card | Inquire about this domain

**Exhibit 4**

olivegardengifts.com

English

Search results for:
**olives**
*What you need, when you need it*

Related Searches:  Kitchen    Olive    Spices    Food    Gourmet Foods    Diet Food    Chili Pepper

*Related Searches*

**» Kitchen**

Sponsored Listings

**Stuffed olives - Misc.**
Imported Spanish Olives and stuffed with various stuffings.
www.olive-bar.com

**» Olive**

**Gourmet Stuffed olives**
Producer of the finest hand-stuffed olives & cocktail garnishes
www.sausalitofoods.com

**» Spices**

**Buy Greek olives Online**
Huge Selection of greek olives. Free Shipping For Orders Over $...
www.GreekInternetMarket.com/Olives

**» Food**

**California olives**
Shop with us for gourmet olives grown and packed in California.
www.california-flavors.com

**» Gourmet Foods**

**Thousands Of Free Recipes**
Find Any Recipe! Fast & Free It's Easy With The Recipe Toolbar
Recipes.alottoolbars.com/Food

**Olives**
Flowers & plants for special occasions. Gifts for the important people in your life.
http://LowPriceShopper.com/

**Find Olives**
Shop and compare great deals on olives and other related products at MonsterMarketplace.
http://www.MonsterMarketplace.com

**Olive Ringtones**
Download Complimentary Olive Ringtones Instantly to Your Cell Phone!
http://www.CellyTonez.com

**All The Oils**
All The Oils Savings. Find Local Oils Here!
Oils.Alltheindustrials.com

**Olive Oils**
The Delicious Directory. Home to all things Gourmet.
GourmetFoods101.com

**Mount Olives**
Compare Choices & Prices on Everything You Want and Need. Deals on Mount Olives!
http://www.BizRate.com

**WebSearch Results**

**Discovering Oil - Tales From An Olive Grove In Umbria**
Brian and Lynne Chatterton are olive growers in the Umbria region of Italy famous for its premium olive oils. The book 'Discovering Oil' is an account of their

onvegardengas.com

Search:

Search

Related Searches:  Healthy Food | Spanish Food | Christmas Recipes | Appetizers | Chef | Slow Cooker | Inquire about this domain

Bookmark this page | Make this your homepage | Inquire about this domain

**Exhibit 5**

Search results for:

**food**
*What you need, when you need it*

Related Searches:  Health Food  Culinary School  Kitchen  Dog Treat  Cookbooks  Diet Food  Diabetic Food

English ▼

**Related Searches**

» Health Food

» Culinary School

» Kitchen

» Dog Treat

» Cookbooks

Sponsored Listings

⊙ **Domino's® Pizza**
You got online ordering. You got a hot pizza. You Got 30 Minutes.
www.Dominos.com

⊙ **Pizza**
Excellent local pizza restaurant Enjoy great food, courteous se...
Dexonline.com/Ledos-Pizza

⊙ **Recipe Finder**
1000's of recipes at the tips of your fingers at allaboutyou.com
allaboutyou.com

⊙ **Pizza**
Excellent local pizza restaurant A Full Service Pizza Parlor
Nick-Brunos.com

⊙ **Pizza**
Authentic Italian Pizza & Pasta. Free Tasting with Minimum Purchase.
www.ConniesPizza.com

⊙ **Pat's Pizza**
Chicago area pizza restaurant Pick Up Or Delivery-Call Today!
www.patspizza1.info

file://C:\WINNT\Profiles\checht\LOCALS~1\Temp\7K9RSD4P.htm

**Ultimate Weight Loss**
The Diet And Weight Loss Authority. Find Weight Loss Quickly.
Dietnation.com

**L. Woods Pine Tap & Lodge**
Friendly, cozy, and unpretentious with traditional supper club fare. Lincolnwood, IL.
www.LWoodsPineTapLodge.com

**All The Diet Foods**
All The Diet Food Services! For Diet Foods Start Here.
Diet.Foods.Alltheservices.com

**Diets Directory**
Looking to find diets? Browse our diets directory.
DietsListings.com

**Weight Loss And Diets**
Need advise on Healthy diet? Get online help from an expert.
MedicalDoctors.us.com

**Weight Loss Products**
Looking for weight loss products? See our weight loss products guide.
WeightLossProductsListings.com

**WebSearch Results**

**Food At Ivillage**
Find thousands of quick and easy recipes and ideas for getting dinner on your family's table fast. Plus, swap cooking tips and recipes with other iVillagers now.
http://www.ivillage.com/food/

**Food Network: Martha Stewart**
Search TV " TV Schedule " Show List A to Z " Hosts / Celebrity Chefs " Recently Aired Specials " Where to Find Guide Related Links From Martha's Kitchen From Martha's Kitchen Message Board ...

http://www.foodnetwork.com/food/martha_stewart/0,1974,food_9907,00.html

Search: [_____] [ Search ]

Bookmark this page | Make this your homepage | Inquire about this domain

Related Searches:  Low Carb | Food Drink | Holiday Recipes | Low Carb Food | Thai Food | Venison | Inquire about this domain

**Exhibit 6**



## Hot Email Offers

Get Domino's coupons and news delivered right to your inbox.

Sign Up



## Mobile Ordering

Order Domino's anywhere now by using your mobile phone.

Start Ordering

- Privacy Policy//
- Terms of Use//
- Gift Certificates//
- Mobile//
- Contact Us / FAQ

Because safety is a priority "You Got 30 Minutes™" is not a guarantee but an estimate. You may get more. © 2008 Domino's IP Holder LLC. All Rights Reserved. Must ask for offer. You must purchase at least 3 pizzas to get this offer. Participation, delivery charge & prices may vary. Limited time. Deep Dish and specialty pizzas may be extra. Domino's® and the modular logos are registered trademarks of Domino's IP Holder LLC. "Coca-Cola", "Coca-Cola Zero", "Diet Coke", "Sprite" the contour bottle design, the Dynamic Ribbon and the mycokerewards.com logo are registered trademarks of The Coca-Cola Company.

Domino's Pizza, Order Pizza Online for Delivery - Dominos.com



Time Saving Technology



## ADD COKE®. GET POINTS!

Get 5 Bonus My Coke Rewards® Points when you add Coke® to your Online Order!

Learn More

Domino's Pizza, Order Pizza Online for Delivery - Dominos.com

# Dominos

- ESPAÑOL
- English

- Order
- Menu
- Locations
- Tracker
- Corporate Inquiries? dominosbiz.com



L. Woods - A Lettuce Entertain You Restaurant    |    Web site design and development by Bridgeline Software

JUDGE LEINENWEBER
MAGISTRATE JUDGE MASON
EDA

# **Exhibit 7**

# LADAS & PARRY LLP
## INTELLECTUAL PROPERTY LAW

Chloe A. Hecht  chloe.hecht@ladas.net

LAW OFFICES ▪ LADAS & PARRY LLP ▪ 224 South Michigan Avenue ▪ Suite 1600 ▪ Chicago, Illinois 60604
P 312.427.1300 ext. 228 ▪ F 312.427.6668 ▪ www.ladas.com

**VIA EMAIL AND REGISTERED MAIL**

May 12, 2008

Fred Joseph
5406 Godfrey Road
Coral Springs, Florida 33067
sssearch12@aol.com

**Re:    Darden Restaurants, Inc.**
**Objection to the misuse of the OLIVE GARDEN trademark in the**
**domain names <olivegardengals.com> and <olivegardengirls.com>**
**By Fred Joseph**
**Our Refs.: CTX02774 and CTX02773**

Dear Mr. Joseph:

We represent Darden Restaurants, Inc. ("Darden Restaurants") in certain of its
intellectual property matters. This letter concerns your misuse and infringement of
trademarks that Darden Restaurants has rights in.

It has recently come to Darden Restaurants' attention that Fred Joseph has registered the
<olivegardengals.com> and <olivegardengirls.com> domain names. Attached as Annex
A are the WHOIS details for these domains, which evidence your unauthorized
registrations of the <olivegardengals.com> and <olivegardengirls.com> domain names.
Attached as Annex B are printouts of the websites at the aforementioned domain names.
Annex B evidences your commercial use of the domain names to divert Internet users to
websites that feature links titled "Garden", "Olives", and "Gift", among others. These
aforementioned links further divert Internet users to commercial business listings and
advertisements of Darden Restaurants' direct competitors. Attached as Annex C is a
printout of the website Internet users are directed to through the aforementioned "Olives"
link on the <olivegardengals.com> website, which features links such as "Gourmet
Stuffed olives" and "Food". Attached as Annex D is the website available through the

26 West 61st Street, New York, NY 10023 ▪ 5670 Wilshire Boulevard, Los Angeles, CA 90036
52-54 High Holborn, London WC1V 6RR, England ▪ Dachauerstrasse 37, 80335 Munich, Germany

Fred Joseph                                    May 12, 2008
Page 2

aforementioned "Food" link, which features links such as "Domino's® Pizza" and "L. Woods Pine Tap & Lodge". Attached as Annex E are printouts of the official Domino's Pizza website (www.dominospizza.com) and the official L. Woods Pine Tap & Lodge website (www.lwoodsrestaurant.com), both available through the aforementioned "Domino's® Pizza" and "L. Woods Pine Tap & Lodge" links, respectively. Annexes B, C, D, and E evidence your commercial use of the <olivegardengals.com> and <olivegardengirls.com> domain names in a fashion that is likely to cause consumer confusion between Darden Restaurants' goods and services and those of Darden Restaurants' direct competitors.

As your company is no doubt aware, Darden Restaurants is one of the largest full-service dining restaurant companies in the world. The company owns and operates nearly 1,700 restaurants, including Olive Garden, Red Lobster, LongHorn Steakhouse, Capital Grille, Bahama Breeze and Seasons 52. The Olive Garden restaurant chain was founded in 1982, and over 25 years later, Olive Garden remains committed to its purpose of providing 100% guest delight through the genuine Italian dining experience. Today it is one of the most popular and well-known restaurant chains in America. Through Darden Restaurants' long and successful efforts, the OLIVE GARDEN brand has earned favorable recognition as well as a reputation for high quality. Attached as Annex F is a printout of the Olive Garden website at the <olivegarden.com> domain name, which prominently features the OLIVE GARDEN name and logo.

As your company is no doubt also aware, Darden Restaurants has rights in, among others, the following trademarks registered in the United States:

| Registration No. | Mark | Registration Date |
|---|---|---|
| 1274677 | THE OLIVE GARDEN | April 17, 1984 |
| 1589182 | THE OLIVE GARDEN | March 27, 1990 |
| 1815055 | THE OLIVE GARDEN | January 4, 1994 |
| 1427968 | THE OLIVE GARDEN | February 3, 1987 |
| 2393731 | OLIVE GARDEN ITALIAN RESTAURANT | October 10, 2000 |
| 2396048 | OLIVE GARDEN ITALIAN RESTAURANT | October 17, 2000 |
| 2582236 | OLIVE GARDEN ITALIAN RESTAURANT | June 18, 2002 |
| 2582235 | OLIVE GARDEN ITALIAN RESTAURANT | June 18, 2002 |

Attached as Annex G are extracts of these registrations from the United States Patent and Trademark Office.

The <olivegardengals.com> and <olivegardengirls.com> domain names incorporate Darden Restaurants' OLIVE GARDEN trademark, subject of the multiple trademark registrations listed above, in its entirety and merely append thereto the generic terms "gals" and "girls", respectively. Accordingly, registration of the <olivegardengals.com> and <olivegardengirls.com> domain names demonstrates a deliberate and bad faith attempt to divert Internet users intending to access Darden Restaurants' websites. Registration and use of the confusingly similar <olivegardengals.com> and

<olivegardengirls.com> domain names violates Darden Restaurants' rights in these marks under the federal Lanham Act under Title 15 of the United States Code, Section 1125, among others, and U.S. state law. Others are likely to be deceived and assume mistakenly that there is a common source of origin, affiliation or sponsorship of your goods and services with Darden Restaurants' based upon the misuse and unauthorized use of trademarks Darden Restaurants has rights in as set forth above. This apparent misuse and unauthorized use also stands to blur and tarnish the distinctive character of the Darden Restaurants marks, and may constitute cybersquatting and cyberpiracy under the federal Anti-Cybersquatting Consumer Protection Act and under the Uniform Domain Name Dispute Resolution Policy ("UDRP") issued by the Internet Corporation for Assigned Names and Numbers.

Similarly, the actions of Fred Joseph fall squarely within the findings of a number of administrative proceedings under the UDRP, including *Perot Sys. Corp. v. Perot.net*, FA 95312 (Nat. Arb. Forum Aug. 29, 2000) (finding Respondent attracted Internet users to its website, for commercial gain, by creating a likelihood of confusion with Complainant's mark as source, sponsorship, or affiliation with Respondent's website); See *Sony Kabushiki Kaisha v. Inja, Kil*, D2000-1409 (WIPO Dec. 9, 2000) (finding that "[n]either the addition of an ordinary descriptive word . . . nor the suffix '.com' detract from the overall impression of the dominant part of the name in each case, namely the trademark SONY" and thus Policy ¶ 4(a)(i) is satisfied); *Pfizer, Inc. v. Suger*, D2002-0187 (WIPO Apr. 24, 2002) (finding that because the subject domain name incorporates the VIAGRA mark in its entirety, and deviates only by the addition of the word "bomb," the domain name is rendered confusingly similar to the complainant's mark); *Arthur Guinness Son & Co. (Dublin) Ltd. v. Healy/BOSTH*, D2001-0026 (WIPO Mar. 23, 2001) (finding confusing similarity where the domain name in dispute contains the identical mark of the complainant combined with a generic word or term); *Christie's Inc. v. Tiffany's Jewelry Auction, Inc.*, D2001-0075 (WIPO Mar. 6, 2001) (finding that the domain name <christiesauction.com> is confusingly similar to the complainant's mark since it merely adds the word "auction" used in its generic sense); *Am. Online, Inc. v. Anytime Online Traffic Sch.*, FA 146930 (Nat. Arb. Forum Apr. 11, 2003) (finding that the respondent's domain names, which incorporated the complainant's entire mark and merely added the descriptive terms "traffic school," "defensive driving," and "driver improvement" did not add any distinctive features capable of overcoming a claim of confusing similarity).

Accordingly, on behalf of Darden Restaurants, we formally demand that your company promptly ceases and desists from all use or intended use of the OLIVE GARDEN marks, and any marks confusingly similar to Darden Restaurants' marks. Moreover, we further demand that your company transfer the <olivegardenals.com> and <olivegardengirls.com> domain names to Darden Restaurants. To ensure prompt transfer of the domains, please unlock the domain names, provide the authorization codes, and respond positively to our transfer requests.

Darden Restaurants views this as a serious matter that requires prompt action by your company. Your commitment to comply with Darden Restaurants' demands via email or fax by **May 26, 2008** will assist in achieving an amicable and speedy resolution to this

Fred Joseph
Page 4

May 12, 2008

matter. Darden Restaurants has a range of effective legal actions and other remedies available if your company does not promptly comply with its demands.

This letter is written without prejudice to any claim for damages or other relief that Darden Restaurants may have in the event that litigation against your company might prove necessary.

Sincerely,

Chloe A. Hecht
Enc

**<u>Annex A</u>**



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

| **Enter IP Address** | **Reverse IP LookUp** |
|---|---|
| Reverse IP By Enter IP Address Get Name Phone Address & More ! | Fast & Easy Reverse IP LookUp Get Name Address Email & More ! |



**Whois:** oliveegardengals.com    [ Whois >> ]

Checking server [whois.crsnic.net]

Checking server [whois.moniker.com]
Results:
Moniker.Com Whois Server Version 2.1

The Data in Moniker.Com's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker.Com does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic
processes that apply to Moniker.Com (or its
systems). Moniker.Com reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

Domain Name: OLIVEGARDENGALS.COM

Registrant [730842]:
fred joseph
5406 godfrey rd
coral springs
FL
33067

US

Administrative Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495

Billing Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495

Technical Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495

Domain servers in listed order:

NS1.DOMAINSERVICE.COM 67.99.176.12
NS2.DOMAINSERVICE.COM 67.97.247.209
NS3.DOMAINSERVICE.COM 64.49.213.231
NS4.DOMAINSERVICE.COM 67.97.247.210

Record created on: 2008-04-18 19:44:32.0
Database last updated on: 2008-04-19 17:44:45.843
Domain Expires on: 2009-04-18 19:44:41.0

---

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.9.121.222) has visited 2 times today.

**Reverse IP LookUp**
Reverse IP By Enter IP Address
Get Name Phone Address & More !
People-Search.com

**Rever⋅ ⋅ LookUp**
Fast & Easy Reverse IP LookUp Get
Name Address Email & More !
UnderCoverDetective.com

**Whois Ip Address**
Seacrhing For Whois IP Address?
Get Free Info & Answers Online
here!
Blurtit.com

**Whois Lookup**
Global Whois Lookup for domain
names and their owners
www.who.is

V V                                                                 Ads by Googl

Copyright Centergate® Research Group, LLC 1998 - 2007



**Geektels | RFCs | Hotspots | Tools | Traceroute | Whois**

**Reverse IP LookUp**
Reverse IP By Enter IP Address Get Name Phone Address & More !
▼ ▼

**Reverse IP LookUp**
Fast & Easy Reverse IP LookUp Get Name Address Email & More !



**Whois:** | olivegardengirls.com |    [ Whois >> ]

Checking server [whois.crsnic.net]

Checking server [whois.moniker.com]
Results:
Moniker.Com Whois Server Version 2.1

The Data in Moniker.Com's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker.Com does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic
processes that apply to Moniker.Com (or its
systems). Moniker.Com reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

Domain Name: OLIVEGARDENGIRLS.COM

Registrant [730842]:
fred joseph
5406 godfrey rd
coral springs
FL

33067
US


Administrative Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Billing Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Technical Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Domain servers in listed order:

NS1.DOMAINSERVICE.COM 67.99.176.12
NS2.DOMAINSERVICE.COM 67.97.247.209
NS3.DOMAINSERVICE.COM 64.49.213.231
NS4.DOMAINSERVICE.COM 67.97.247.210

Record created on: 2008-04-18 20:47:53.0
Database last updated on: 2008-04-19 17:44:45.923
Domain Expires on: 2009-04-18 20:48:03.0

---

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.9.121.222) has visited 4 times today.




Feedback - Ads by Google

*Copyright Centergate® Research Group, LLC 1998 - 2007*

**<u>Annex B</u>**

English

# Olivegardengals.com
*What you need, when you need it*

Search:

Search

*Related Searches*

Garden
Olives
Dental
Arden
Love
Vegas
Ge
Liver
Ecard

*Related Searches*

Plant
Art
Gift
Greenhouse
Gal
Card

Related Searches:  Greenhouse | Gal | Card | Home Improvement | Car | Nursery | Inquire about this domain

Bookmark this page | Make this your homepage | Inquire about this domain



olivegardengirls.com



# Olivegardengirls.com
*What you need, when you need it*

English ▶

Search: [_____] Search

*Related Searches*

Garden
Girl
Olives
Arden
Love
Vegas
Irl
Liver
Ecard

*Related Searches*

Plant
Gift
Car
Greenhouse
Home Improvement
Nursery

Bookmark this page | Make this your homepage | Inquire about this domain

Related Searches: Greenhouse | Home Improvement | Nursery | Art | Garden Supply | Card | Inquire about this domain

**<u>Annex C</u>**

olivegardengas.com

**Search results for:**
**olives**
*What you need, when you need it*

English ▾

Related Searches: Kitchen  Olive  Spices  Food  Gourmet Foods  Diet Food  Chili Pepper

*Related Searches*

» **Kitchen**

» **Olive**

» **Spices**

» **Food**

» **Gourmet Foods**

Sponsored Listings

- **Stuffed olives - Misc.**
  Imported Spanish Olives and stuffed with various stuffings.
  www.olive-bar.com

- **Gourmet Stuffed olives**
  Producer of the finest hand-stuffed olives & cocktail garnishes
  www.sausalitofoods.com

- **Buy Greek olives Online**
  Huge Selection of greek olives. Free Shipping For Orders Over $...
  www.GreekInternetMarket.com/Olives

- **California olives**
  Shop with us for gourmet olives grown and packed in California.
  www.california-flavors.com

- **Thousands Of Free Recipes**
  Find Any Recipe! Fast & Free It's Easy With The Recipe Toolbar
  Recipes.alottoolbars.com/Food

- **Olives**
  Flowers & plants for special occasions. Gifts for the important people in your life.
  http://LowPriceShopper.com

**Find Olives**
Shop and compare great deals on olives and other related products at MonsterMarketplace.
http://www.MonsterMarketplace.com

**Olive Ringtones**
Download Complimentary Olive Ringtones Instantly to Your Cell Phone!
http://www.CellyTonez.com

**All The Oils**
All The Oils Savings. Find Local Oils Here!
Oils.Alltheindustrials.com

**Olive Oils**
The Delicious Directory. Home to all things Gourmet.
GourmetFoods101.com

**Mount Olives**
Compare Choices & Prices on Everything You Want and Need. Deals on Mount Olives!
http://www.BizRate.com

WebSearch Results

**Discovering Oil - Tales From An Olive Grove In Umbria**
Brian and Lynne Chatterton are olive growers in the Umbria region of Italy famous for its premium olive oils. The book 'Discovering Oil' is an account of their

onvegardengaus.com

Search:

Search

Related Searches:  Healthy Food | Spanish Food | Christmas Recipes | Appetizers | Chef | Slow Cooker | Inquire about this domain

Bookmark this page | Make this your homepage | Inquire about this domain

**<u>Annex D</u>**

Search results for:

**food**

*What you need, when you need it*

Related Searches:   Health Food   Culinary School   Kitchen   Dog Treat   Cookbooks   Diet Food   Diabetic Food

English ▸

**Related Searches**

**» Health Food**

**» Culinary School**

**» Kitchen**

**» Dog Treat**

**» Cookbooks**

Sponsored Listings

● **Domino's® Pizza**
You got online ordering. You got a hot pizza. You Got 30 Minutes.
www.Dominos.com

● **Pizza**
Excellent local pizza restaurant Enjoy great food, courteous se...
Dexonline.com/Ledos-Pizza

● **Recipe Finder**
1000's of recipes at the tips of your fingers at allaboutyou.com
allaboutyou.com

● **Pizza**
Excellent local pizza restaurant A Full Service Pizza Parlor
Nick-Brunos.com

● **Pizza**
Authentic Italian Pizza & Pasta. Free Tasting with Minimum Purchase.
www.ConniesPizza.com

● **Pat's Pizza**
Chicago area pizza restaurant Pick Up Or Delivery-Call Today!
www.patspizza1.info

**Ultimate Weight Loss**
The Diet And Weight Loss Authority. Find Weight Loss Quickly.
Dietnation.com

**L. Woods Pine Tap & Lodge**
Friendly, cozy, and unpretentious with traditional supper club fare. Lincolnwood, IL.
www.LWoodsPineTapLodge.com

**All The Diet Foods**
All The Diet Food Services! For Diet Foods Start Here.
Diet.Foods.Alltheservices.com

**Diets Directory**
Looking to find diets? Browse our diets directory.
DietsListings.com

**Weight Loss And Diets**
Need advise on Healthy diet? Get online help from an expert.
MedicalDoctors.us.com

**Weight Loss Products**
Looking for weight loss products? See our weight loss products guide.
WeightLossProductsListings.com

**WebSearch Results**

**Food At Ivillage**

Find thousands of quick and easy recipes and ideas for getting dinner on your family's table fast. Plus, swap cooking tips and recipes with other iVillagers now.

http://www.ivillage.com/food/

**Food Network: Martha Stewart**

Search TV " TV Schedule " Show List A to Z " Hosts / Celebrity Chefs " Recently Aired Specials " Where to Find Guide Related Links From Martha's Kitchen From Martha's Kitchen Message Board ...

http://www.foodnetwork.com/food/martha_stewart/0,1974,food_9907,00.html

Search: _____ [ Search ]

Bookmark this page | Make this your homepage | Inquire about this domain

Related Searches:   Low Carb | Food Drink | Holiday Recipes | Low Carb Food | Thai Food | Venison | Inquire about this domain

**<u>Annex E</u>**

Domino's Pizza, Order Pizza Online for Delivery - Dominos.com

Page 3 of 3

## Hot Email Offers

Get Domino's coupons and news delivered right to your inbox.

Sign Up

## Mobile Ordering

Order Domino's anywhere now by using your mobile phone.

Start Ordering

- Privacy Policy//
- Terms of Use//
- Gift Certificates//
- Mobile//
- Contact Us / FAQ



Because safety is a priority "You Got 30 Minutes™" is not a guarantee but an estimate. You may get more. © 2008 Domino's IP Holder LLC. All Rights Reserved. Must ask for offer. You must purchase at least 3 pizzas to get this offer. Minimum order required for delivery. Participation, delivery charge & prices may vary. Limited time. Deep Dish and specialty pizzas may be extra. Domino's® and the modular logos are registered trademarks of Domino's IP Holder LLC. "Coca-Cola", "Coca-Cola Zero", "Diet Coke", "Sprite" the contour bottle design, the Dynamic Ribbon and the mycokerewards.com logo are registered trademarks of The Coca-Cola Company.

Domino's Pizza, Order Pizza Online for Delivery - Dominos.com



Time Saving Technology



**ADD COKE®. GET POINTS!**

Get 5 Bonus My Coke Rewards® Points when you add Coke® to your Online Order!

Learn More

http://www.dominos.com/home/index.jsp?gclid=CNnj8vGampMCFRcWsgodDBNKwA

5/9/2008

# Dominos

- ESPAÑOL
- English

- Order
- Menu
- Locations
- Tracker
- Corporate Inquiries? dominosbiz.com



L. Woods - A Lettuce Entertain You Restaurant | Web site design and development by Bridgeline Software

**Annex F**

Olive Garden Italian Restaurant

Olive Garden Italian Restaurant



FIND A RESTAURANT  City, Province, or Pos

ESPAÑOL | AUDIO ((•))

INVITE A FRIEND | NEWSLETTER SIGN-UP

Our Culinary Inspiration | Our Menu | Our Wines | Recipes | Gift Cards

When you're here, you're family.

New!

Five Cheese
Stuffed Rigatoni
with Shrimp

Available for a limited time.

Italian Favorites
Explore Our Menu

To Go!
View To Go! Menu

Gift Cards
Order Online

5/9/2008

http://www.olivegarden.com/default_f.asp

**<u>Annex G</u>**

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | THE OLIVE GARDEN |
| **Goods and Services** | IC 042. US 100. G & S: Restaurant Services. FIRST USE: 19821213. FIRST USE IN COMMERCE: 19821213 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73413980 |
| **Filing Date** | February 17, 1983 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 24, 1984 |
| **Registration Number** | 1274677 |
| **Registration Date** | April 17, 1984 |
| **Owner** | (REGISTRANT) General Mills Restaurant Group, Inc. CORPORATION FLORIDA 255 S. Orange Ave. Orlando FLORIDA 32802 |
| | (LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BELINDA J. SCRIMENTI, |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040501. |
| **Renewal** | 1ST RENEWAL 20040501 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

*The Olive Garden*

| | |
|---|---|
| **Word Mark** | THE OLIVE GARDEN |
| **Goods and Services** | IC 030. US 046. G & S: BREAD. FIRST USE: 19880515. FIRST USE IN COMMERCE: 19880515 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73796380 |
| **Filing Date** | April 28, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 2, 1990 |
| **Registration Number** | **1589182** |
| **Registration Date** | March 27, 1990 |
| **Owner** | (REGISTRANT) GENERAL MILLS RESTAURANTS, INC. CORPORATION FLORIDA 6770 LAKE ELLENOR DRIVE ORLANDO FLORIDA 32859 |
| | (LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BELINDA J. SCRIMENTI |
| **Prior Registrations** | 1274677;1427968 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20001228. |
| **Renewal** | 1ST RENEWAL 20001228 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | THE OLIVE GARDEN |
| **Goods and Services** | IC 029. US 046. G & S: salad dressings and soups. FIRST USE: 19910913. FIRST USE IN COMMERCE: 19910913 |
| | IC 030. US 046. G & S: meat sauces, tomato sauces, pasta sauces and pasta. FIRST USE: 19910913. FIRST USE IN COMMERCE: 19910913 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74375840 |
| **Filing Date** | April 5, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 12, 1993 |
| **Registration Number** | **1815055** |
| **Registration Date** | January 4, 1994 |
| **Owner** | (REGISTRANT) General Mills Restaurants, Inc. CORPORATION FLORIDA 5900 Lake Ellenor Drive Orlando FLORIDA 32809 |
| | (LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BELINDA J. SCSRIMENTI |
| **Prior Registrations** | 1274677;1427968;1589182 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040223. |
| **Renewal** | 1ST RENEWAL 20040223 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOM.  | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY .  .ICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THE OLIVE GARDEN |
| **Goods and Services** | IC 042. US 100. G & S: RESTAURANT SERVICES. FIRST USE: 19821213. FIRST USE IN COMMERCE: 19821213 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73606180 |
| **Filing Date** | June 24, 1986 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 11, 1986 |
| **Registration Number** | **1427968** |
| **Registration Date** | February 3, 1987 |
| **Owner** | (REGISTRANT) GENERAL MILLS RESTAURANT GROUP, INC. CORPORATION FLORIDA 255 SOUTH ORANGE AVENUE ORLANDO FLORIDA 32801 |
| | (LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BELINDA J. SCRIMENTI |
| **Prior Registrations** | 1274677 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060916. |
| **Renewal** | 1ST RENEWAL 20060916 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | OLIVE GARDEN ITALIAN RESTAURANT |
| **Goods and Services** | IC 042. US 100 101. G & S: RESTAURANT SERVICES AND CARRY-OUT FOOD SERVICES. FIRST USE: 19980406. FIRST USE IN COMMERCE: 19980406 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.01.04 - Vines<br>05.03.10 - Other branches with leaves, with or without fruit<br>05.09.06 - Avocados; Fruits with pits (apricots, peaches, plums, olives and the like) |
| **Serial Number** | 75872176 |
| **Filing Date** | December 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 18, 2000 |
| **Registration Number** | 2393731 |
| **Registration Date** | October 10, 2000 |
| **Owner** | (REGISTRANT) Darden Corporation CORPORATION FLORIDA 5900 Lake Ellenor Drive P.O. Box 593330 Orlando FLORIDA 328593330 |
| | (LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Belinda J. Scrimenti |
| **Prior Registrations** | 1274677;1427968;1589182;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ITALIAN RESTAURANT" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout**   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | OLIVE GARDEN ITALIAN RESTAURANT |
| **Goods and Services** | IC 042. US 100 101. G & S: RESTAURANT SERVICES AND CARRY-OUT FOOD SERVICES. FIRST USE: 19980406. FIRST USE IN COMMERCE: 19980406 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.01.04 - Vines<br>05.03.10 - Other branches with leaves, with or without fruit<br>05.09.06 - Avocados; Fruits with pits (apricots, peaches, plums, olives and the like) |
| **Serial Number** | 75872177 |
| **Filing Date** | December 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 25, 2000 |
| **Registration Number** | 2396048 |
| **Registration Date** | October 17, 2000 |
| **Owner** | (REGISTRANT) Darden Corporation CORPORATION FLORIDA 5900 Lake Ellenor Drive P.O. Box 593330 Orlando FLORIDA 328593330<br><br>(LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Belinda J. Scrimenti |

| | |
|---|---|
| **Prior Registrations** | 1274677;1427968;1589182;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ITALIAN RESTAURANT" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark features the following colors: The words "OLIVE GARDEN" in green; the words "ITALIAN RESTAURANT" in purple; the design of the grapes in purple; the leaves on the grapes in green; the scroll design in black; and the leaves next to the scroll design so that on the top and bottom leaves, the left half of the leaf is in red, and the right half is in green, and on the middle leaf, the left half of the leaf is in green and the right half is in red. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | OLIVE GARDEN ITALIAN RESTAURANT |
| **Goods and Services** | IC 042. US 100 101. G & S: RESTAURANT AND CARRY-OUT FOOD SERVICES. FIRST USE: 19980400. FIRST USE IN COMMERCE: 19980400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.09.02 - Grapes<br>20.03.02 - Foil, aluminum (rolls); Gift wrapping paper (rolls); Paper towels (rolls); Paper, gift wrapping (rolls); Paper, rolls; Paper, toilet; Scrolls; Toilet paper; Towels, rolls of paper towels; Wallpaper, rolled<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.11.28 - Miscellaneous designs with overall rectangular shape; Rectangular shapes (miscellaneous overall shape) |
| **Serial Number** | 76329030 |
| **Filing Date** | October 23, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 26, 2002 |
| **Registration Number** | **2582236** |
| **Registration Date** | June 18, 2002 |
| **Owner** | (REGISTRANT) Darden Corporation CORPORATION FLORIDA 5900 Lake Ellenor Drive P.O. Box 593330 Orlando FLORIDA 328593330<br><br>(LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | Belinda J. Scrimenti |
| **Prior Registrations** | 1274677;1427968 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ITALIAN RESTAURANT" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 10 04:13:11 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | OLIVE GARDEN ITALIAN RESTAURANT |
| **Goods and Services** | IC 042. US 100 101. G & S: RESTAURANT AND CARRY-OUT FOOD SERVICES. FIRST USE: 19980400. FIRST USE IN COMMERCE: 19980400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.09.02 - Grapes<br>20.03.02 - Foil, aluminum (rolls); Gift wrapping paper (rolls); Paper towels (rolls); Paper, gift wrapping (rolls); Paper, rolls; Paper, toilet; Scrolls; Toilet paper; Towels, rolls of paper towels; Wallpaper, rolled<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.11.28 - Miscellaneous designs with overall rectangular shape; Rectangular shapes (miscellaneous overall shape) |
| **Serial Number** | 76329029 |
| **Filing Date** | October 23, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 26, 2002 |
| **Registration Number** | **2582235** |
| **Registration Date** | June 18, 2002 |
| **Owner** | (REGISTRANT) Darden Corporation CORPORATION FLORIDA 5900 Lake Ellenor Drive P.O. Box 593330 Orlando FLORIDA 328593330<br><br>(LAST LISTED OWNER) DARDEN CONCEPTS, INC. CORPORATION FLORIDA 5900 LAKE ELLENOR DRIVE ORLANDO FLORIDA 328593330 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | Belinda J. Scrimenti |
| **Prior Registrations** | 1274677;1427968;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ITALIAN RESTAURANT" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark features the following colors - The words "OLIVE GARDEN" in green; the words "ITALIAN RESTAURANT" in purple; the design of the grapes in purple; the leaves on the grapes in green; the scroll design in black; and the leaves next to the scroll design so that on the top and bottom leaves, the left half of the leaf is in red, and the right half is in green, and on the middle leaf, the left half of the leaf is in green and the right half is in red. The text and design are imposed over a tablet in dark gold with shaded tones. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |



| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

```
08CV4957
JUDGE LEINENWEBER
MAGISTRATE JUDGE MASON
EDA
```

# **Exhibit 8**

**Hecht, Chloe**

| | |
|---|---|
| **From:** | Hecht, Chloe |
| **Sent:** | Monday, June 02, 2008 5:44 PM |
| **To:** | 'forrestfreedman@aol.com' |
| **Cc:** | Bochenek, Amy |
| **Subject:** | Registration of the <olivegardengirls.com> and <olivegardengals.com> domain names by Mr. Fred Joseph |

RE:    Darden Restaurants, Inc.
Objection to misuse of the OLIVE GARDEN trademark through
Registration of the <olivegardengirls.com> and <olivegardengals.com> domain names
By Fred Joseph
Our Ref: CTX02773 and CTX02774

Dear Mr. Freedman:

I write in reference to the above-captioned matter.

First, thank you for the prompt takedown of the websites associated with the <olivegardengirls.com> and <olivegardengals.com> domain names.

We have been in contact with our client. As Mr. Joseph has offered to transfer the domain names for a nominal fee, our client is amenable to reimbursing Mr. Joseph for costs incurred in registering the <olivegardengirls.com> and <olivegardengals.com> domain names. In addition, we would ask that Mr. Joseph sign an Agreement refraining from registering any domain names identical or confusingly similar to the trademarks of our client, Darden Restaurants, Inc.

We look forward to your response.

Very truly yours,
Chloe Hecht

Chloe A. Hecht
Ladas & Parry LLP
224 S. Michigan Avenue, Suite 1600
Chicago, Illinois 60604
Telephone: 312-427-1300
Facsimile: 312-427-6663
checht@ladas.net

**Exhibit 9**

**Hecht, Chloe**

| | |
|---|---|
| **From:** | ForrestFreedman@aol.com |
| **Sent:** | Monday, June 09, 2008 11:07 AM |
| **To:** | checht@ladas.net |
| **Cc:** | Records5@aol.com |
| **Subject:** | Re: Registration of the <olivegardengirls.com> and <olivegardengals.c om> dom... |

Dear Chloe Hecht:

I am in receipt of your email regarding the registration of olivegardengirls. com and olivegardengals.com and have forwarded it to my client for his response.

If your client is simply interested in purchasing the above two names from my client, and not desiring that his company US Records Search and Information Services Inc., its subsidiaries and assigns, to cease and desist from entering the specialty olive business, under another registered name., i.e sexyolives.com, et al., my client will transfer the above two names as well as other alleged confusing names with the two word tag "olive and garden" and other tags for the nominal transfer price of $10,000.00 dollars to reimburse my client for his R & D, legal fees, trademark design fees, other domain names that have the words olive and garden contained therein, artwork for design of trademark. etc.. In exchange for the above consideration, my client will sign an agreement with your client as referred to in your email, restricting his company from creating domain and or other advertising tags that contain the names olive and garden.  My client owns the name Olive.bz which he would not be transferring as well as other registered domain names that do not contain the words olive and garden.

If on the other hand, your client wants my client to get out of the olive business all together, my client would be seeking costs for the purchase of his agricultural zoned land, as well as other costs incurred tin starting his specialty olive business.  If this is what your client desires and your client wants all of the tags owned by my client in regard to the words olive and girls/gals etc. the price will be much higher.  However, as I do not believe that your client is getting into the specialty olive business I have not solicited an asking price from my client at this time.

Please review the above with your client and get back to my firm in a reasonable time.
I have copied my client on this email.

Sincerely,

Forrest Freedman

Get trade secrets for amazing burgers. Watch "Cooking with Tyler Florence" on AOL Food.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

**Exhibit 10**





Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**Reverse IP Now**
Easy Search Reverse By IP Address Get
Name Phone Address & More !
▼ ▼

**Reverse IP Search**
Easy Search Reverse IP Address Get Name
Address Email & More !



**Whois:** olivegardengals.info     [ Whois >> ]

Checking server [whois.afilias.info]
Results:
Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy. This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D24917818-LRMS
Domain Name:OLIVEGARDENGALS.INFO
Created On:24-May-2008 05:20:27 UTC
Last Updated On:23-Jul-2008 20:35:03 UTC
Expiration Date:24-May-2009 05:20:27 UTC
Sponsoring Registrar:Moniker Online Services Inc. (R245-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT TRANSFER PROHIBITED

Status:CLIENT UPDATE PROHIBITED
Registrant ID:MONIKER730842
Registrant Name:fred joseph
Registrant Organization:
Registrant Street1:5406 godfrey rd
Registrant Street2:
Registrant Street3:
Registrant City:coral springs
Registrant State/Province:FL
Registrant Postal Code:33067
Registrant Country:US
Registrant Phone:+1.9547576070
Registrant Phone Ext.:
Registrant FAX:+1.9547576495
Registrant FAX Ext.:
Registrant Email:ussearch12@aol.com
Admin ID:MONIKER730842
Admin Name:fred joseph
Admin Organization:
Admin Street1:5406 godfrey rd
Admin Street2:
Admin Street3:
Admin City:coral springs
Admin State/Province:FL
Admin Postal Code:33067
Admin Country:US
Admin Phone:+1.9547576070
Admin Phone Ext.:
Admin FAX:+1.9547576495
Admin FAX Ext.:
Admin Email:ussearch12@aol.com
Billing ID:MONIKER730842
Billing Name:fred joseph
Billing Organization:
Billing Street1:5406 godfrey rd
Billing Street2:
Billing Street3:
Billing City:coral springs
Billing State/Province:FL
Billing Postal Code:33067
Billing Country:US
Billing Phone:+1.9547576070
Billing Phone Ext.:
Billing FAX:+1.9547576495
Billing FAX Ext.:
Billing Email:ussearch12@aol.com
Tech ID:MONIKER730842
Tech Name:fred joseph
Tech Organization:
Tech Street1:5406 godfrey rd
Tech Street2:
Tech Street3:
Tech City:coral springs
Tech State/Province:FL
Tech Postal Code:33067

Tech Country:US
Tech Phone:+1.9547576070
Tech Phone Ext.:
Tech FAX:+1.9547576495
Tech FAX Ext.:
Tech Email:ussearch12@aol.com
Name Server:NS3.DOMAINSERVICE.COM
Name Server:NS2.DOMAINSERVICE.COM
Name Server:NS1.DOMAINSERVICE.COM
Name Server:NS4.DOMAINSERVICE.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.9.121.222) has visited 4 times today.

**Reverse IP LookUp**
Easy Search Reverse By IP
Address Get Name Phone Address
& More !
People-Search.com/ReverseIP

**Whois Ip Address**
Seacrhing For Whois IP Address?
Get Free Info & Answers Online
here!
Blurtit.com

**Whois Lookup**
Global Whois Lookup for domain
names and their owners
www.who.is

**Networking Tools**
Collaborate with IT pros
network tools and utilities
ITtoolbox.
Networking.ITtoolbox.com

V V                                                                 Ads b

Copyright Centergate Research Group, LLC 1998 - 2007

GEEKTOOLS



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**Reverse IP LookUp**
Easy Search Reverse By IP Address Get
Name Phone Address & More !
**V  V**

**Reverse IP Search**
Easy Search Reverse IP Address Get Name
Address Email & More !



**Whois:** olivegardengals.net    [ Whois >> ]

Checking server [whois.crsnic.net]

Checking server [whois.moniker.com]
Results:

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

Domain Name: OLIVEGARDENGALS.NET

Registrant [730842]:

fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US


Administrative Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Billing Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Technical Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Domain servers in listed order:

NS1.DOMAINSERVICE.COM 67.99.176.12
NS2.DOMAINSERVICE.COM 67.97.247.209
NS3.DOMAINSERVICE.COM 64.49.213.231
NS4.DOMAINSERVICE.COM 67.97.247.210

Record created on: 2008-05-24 01:20:11.0
Database last updated on: 2008-07-04 19:33:28.28
Domain Expires on: 2009-05-24 01:20:25.0

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.9.121.222) has visited 5 times today.

**Reverse IP Now**
Easy Search Reverse By IP Address Get
Name Phone Address & More !
People-Search.com/ReverseIP

**Whois Ip Address**
Searching For Whois IP Address? Get Free
Info & Answers Online here!
Blurtit.com

**Network Solutions**
Domains, Hosting, Web Sites & More
ICANN Accred. Learn more here!
www.networksolutions.com

                                                                                            Ads b



Copyright Centergate Research Group, LLC 1998 - 2007

GEEKTOOLS

08CV4957

Page 1 of 3

Case 1:08-cv-04957    Document 1-5    Filed 08/29/2008    Page 1 of 9

JUDGE LEINENWEBER

MAGISTRATE JUDGE MASON

EDA

# Geektools
Comments | Text Only

Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**Reverse IP LookUp**
Easy Search Reverse By IP Address Get
Name Phone Address & More !

∨ ∨

**Reverse IP Search**
Easy Search Reverse IP Address Get Name
Address Email & More !



Geektools
Whois Proxy

**Whois:** olivegardengals.org      [ Whois >> ]

Checking server [whois.publicinterestregistry.net]
Results:
NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest
Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations. All
rights reserved. Public Interest Registry reserves the right to modify these terms at any

time. By submitting this query, you agree to abide by this policy.

Domain ID:D152802231-LROR
Domain Name:OLIVEGARDENGALS.ORG
Created On:24-May-2008 05:20:27 UTC
Last Updated On:24-Jul-2008 03:49:35 UTC
Expiration Date:24-May-2009 05:20:27 UTC
Sponsoring Registrar:Moniker Online Services Inc. (R145-LROR)
Status:CLIENT DELETE PROHIBITED

Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:MONIKER730842
Registrant Name:fred joseph
Registrant Street1:5406 godfrey rd
Registrant Street2:
Registrant Street3:
Registrant City:coral springs
Registrant State/Province:FL
Registrant Postal Code:33067
Registrant Country:US
Registrant Phone:+1.9547576070
Registrant Phone Ext.:
Registrant FAX:+1.9547576495
Registrant FAX Ext.:
Registrant Email:ussearch12@aol.com
Admin ID:MONIKER730842
Admin Name:fred joseph
Admin Street1:5406 godfrey rd
Admin Street2:
Admin Street3:
Admin City:coral springs
Admin State/Province:FL
Admin Postal Code:33067
Admin Country:US
Admin Phone:+1.9547576070
Admin Phone Ext.:
Admin FAX:+1.9547576495
Admin FAX Ext.:
Admin Email:ussearch12@aol.com
Tech ID:MONIKER730842
Tech Name:fred joseph
Tech Street1:5406 godfrey rd
Tech Street2:
Tech Street3:
Tech City:coral springs
Tech State/Province:FL
Tech Postal Code:33067
Tech Country:US
Tech Phone:+1.9547576070
Tech Phone Ext.:
Tech FAX:+1.9547576495
Tech FAX Ext.:
Tech Email:ussearch12@aol.com
Name Server:NS3.DOMAINSERVICE.COM
Name Server:NS2.DOMAINSERVICE.COM
Name Server:NS1.DOMAINSERVICE.COM
Name Server:NS4.DOMAINSERVICE.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:



Name Server:
Name Server:

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.9.121.222) has visited 6 times today.

**Reverse IP Now**
Easy Search Reverse By IP Address Get
Name Phone Address & More !
People-Search.com/ReverseIP

**Whois Ip Address**
Seacrhing For Whois IP Address? Get Free
Info & Answers Online here!
Blurtit.com

**Network Solutions**
Domains, Hosting, Web Sites & More
ICANN Accred. Learn more here!
www.networksolutions.com

Copyright Centergate Research Group, LLC 1998 - 2007



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

| **Reverse IP Address Search** | **IP Address LookUp** |
|---|---|
| Easy Search Reverse By IP Address Get Name Phone Address & More ! | Fast & Easy Reverse IP LookUp Get Name Address Email & More ! |
| V  V | |



**Whois:** olivegardengirls.info      [ Whois >> ]

Checking server [whois.afilias.info]
Results:
Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy. This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D24917820-LRMS
Domain Name:OLIVEGARDENGIRLS.INFO
Created On:24-May-2008 05:20:28 UTC
Last Updated On:23-Jul-2008 20:34:37 UTC
Expiration Date:24-May-2009 05:20:28 UTC
Sponsoring Registrar:Moniker Online Services Inc. (R245-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT TRANSFER PROHIBITED

Status:CLIENT UPDATE PROHIBITED
Registrant ID:MONIKER730842
Registrant Name:fred joseph
Registrant Organization:
Registrant Street1:5406 godfrey rd
Registrant Street2:
Registrant Street3:
Registrant City:coral springs
Registrant State/Province:FL
Registrant Postal Code:33067
Registrant Country:US
Registrant Phone:+1.9547576070
Registrant Phone Ext.:
Registrant FAX:+1.9547576495
Registrant FAX Ext.:
Registrant Email:ussearch12@aol.com
Admin ID:MONIKER730842
Admin Name:fred joseph
Admin Organization:
Admin Street1:5406 godfrey rd
Admin Street2:
Admin Street3:
Admin City:coral springs
Admin State/Province:FL
Admin Postal Code:33067
Admin Country:US
Admin Phone:+1.9547576070
Admin Phone Ext.:
Admin FAX:+1.9547576495
Admin FAX Ext.:
Admin Email:ussearch12@aol.com
Billing ID:MONIKER730842
Billing Name:fred joseph
Billing Organization:
Billing Street1:5406 godfrey rd
Billing Street2:
Billing Street3:
Billing City:coral springs
Billing State/Province:FL
Billing Postal Code:33067
Billing Country:US
Billing Phone:+1.9547576070
Billing Phone Ext.:
Billing FAX:+1.9547576495
Billing FAX Ext.:
Billing Email:ussearch12@aol.com
Tech ID:MONIKER730842
Tech Name:fred joseph
Tech Organization:
Tech Street1:5406 godfrey rd
Tech Street2:
Tech Street3:
Tech City:coral springs
Tech State/Province:FL
Tech Postal Code:33067

Tech Country:US
Tech Phone:+1.9547576070
Tech Phone Ext.:
Tech FAX:+1.9547576495
Tech FAX Ext.:
Tech Email:ussearch12@aol.com
Name Server:NS3.DOMAINSERVICE.COM
Name Server:NS2.DOMAINSERVICE.COM
Name Server:NS1.DOMAINSERVICE.COM
Name Server:NS4.DOMAINSERVICE.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.9.121.222) has visited 10 times today.

**Reverse IP Now**
Easy Search Reverse By IP Address Get
Name Phone Address & More !
People-Search.com/ReverseIP

**Whois Ip Address**
Seacrhing For Whois IP Address? Get Free
Info & Answers Online here!
Blurtit.com

**Network Solutions**
Domains, Hosting, Web Sites & Mor
ICANN Accred. Learn more here!
www.networksolutions.com

V V                                                                      Ads b



Copyright Centergate® Research Group, LLC 1998 - 2007



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**Reverse IP Now**
Easy Search Reverse By IP Address Get
Name Phone Address & More !
**V  V**

**Reverse IP Search**
Easy Search Reverse IP Address Get Name
Address Email & More !



**Whois:** olivegardengirls.net     [ Whois >> ]

Checking server [whois.crsnic.net]

Checking server [whois.moniker.com]
Results:

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

Domain Name: OLIVEGARDENGIRLS.NET

Registrant [730842]:

fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US


Administrative Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Billing Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Technical Contact [730842]:
fred joseph ussearch12@aol.com
5406 godfrey rd
coral springs
FL
33067
US
Phone: +1.9547576070
Fax: +1.9547576495


Domain servers in listed order:

NS1.DOMAINSERVICE.COM 67.99.176.12
NS2.DOMAINSERVICE.COM 67.97.247.209
NS3.DOMAINSERVICE.COM 64.49.213.231
NS4.DOMAINSERVICE.COM 67.97.247.210

Record created on: 2008-05-24 01:20:11.0
Database last updated on: 2008-07-04 19:33:28.327
Domain Expires on: 2009-05-24 01:20:26.0



Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.9.121.222) has visited 11 times today.

**Reverse IP Now**
Easy Search Reverse By IP Address Get
Name Phone Address & More !
People-Search.com/ReverseIP

**Whois Ip Address**
Searching For Whois IP Address? Get Free
Info & Answers Online here!
Blurtit.com

**Network Solutions**
Domains, Hosting, Web Sites & More
ICANN Accred. Learn more here!
www.networksolutions.com

V V                                                                    Ads b

Copyright Centergate Research Group, LLC 1998 - 2007

GEEKTOOLS

08CV4957

Case 1:08-cv-04957    Document 1-6    Filed 08/29/2008    Page 1 of 15 Page 1 of 3

JUDGE LEINENWEBER

MAGISTRATE JUDGE MASON

EDA



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**Reverse IP Now**
Easy Search Reverse By IP Address Get
Name Phone Address & More !
V  V

**Reverse IP Search**
Easy Search Reverse IP Address Get Name
Address Email & More !



**Whois:** olivegardengirls.org    [ Whois >> ]

Checking server [whois.publicinterestregistry.net]
Results:
NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest
Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations. All
rights reserved. Public Interest Registry reserves the right to modify these terms at any

time. By submitting this query, you agree to abide by this policy.

Domain ID:D152802230-LROR
Domain Name:OLIVEGARDENGIRLS.ORG
Created On:24-May-2008 05:20:27 UTC
Last Updated On:24-Jul-2008 03:49:35 UTC
Expiration Date:24-May-2009 05:20:27 UTC
Sponsoring Registrar:Moniker Online Services Inc. (R145-LROR)
Status:CLIENT DELETE PROHIBITED

```
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:MONIKER730842
Registrant Name:fred joseph
Registrant Street1:5406 godfrey rd
Registrant Street2:
Registrant Street3:
Registrant City:coral springs
Registrant State/Province:FL
Registrant Postal Code:33067
Registrant Country:US
Registrant Phone:+1.9547576070
Registrant Phone Ext.:
Registrant FAX:+1.9547576495
Registrant FAX Ext.:
Registrant Email:ussearch12@aol.com
Admin ID:MONIKER730842
Admin Name:fred joseph
Admin Street1:5406 godfrey rd
Admin Street2:
Admin Street3:
Admin City:coral springs
Admin State/Province:FL
Admin Postal Code:33067
Admin Country:US
Admin Phone:+1.9547576070
Admin Phone Ext.:
Admin FAX:+1.9547576495
Admin FAX Ext.:
Admin Email:ussearch12@aol.com
Tech ID:MONIKER730842
Tech Name:fred joseph
Tech Street1:5406 godfrey rd
Tech Street2:
Tech Street3:
Tech City:coral springs
Tech State/Province:FL
Tech Postal Code:33067
Tech Country:US
Tech Phone:+1.9547576070
Tech Phone Ext.:
Tech FAX:+1.9547576495
Tech FAX Ext.:
Tech Email:ussearch12@aol.com
Name Server:NS3.DOMAINSERVICE.COM
Name Server:NS2.DOMAINSERVICE.COM
Name Server:NS1.DOMAINSERVICE.COM
Name Server:NS4.DOMAINSERVICE.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```



Name Server:
Name Server:

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.9.121.222) has visited 12 times today.

**Reverse IP Address Search**
Easy Search Reverse By IP Address Get
Name Phone Address & More !
People-Search.com/ReverseIP

**Whois Ip Address**
Seacrhing For Whois IP Address? Get Free
Info & Answers Online here!
Blurtit.com

**Networking Tools**
Collaborate with IT pros on network
and utilities at ITtoolbox.
Networking.ITtoolbox.com

V V                                                                                    Ads b

Copyright Centergatew Research Group, LLC 1998 - 2007

GEEKTOOLS
GEEKTOOLS



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

**Reverse IP Address Search**
Easy Search Reverse By IP Address Get
Name Phone Address & More !
V V

**IP Address LookUp**
Fast & Easy Reverse IP LookUp Get Name
Address Email & More !



**Whois:** olivegardens.info    [ Whois >> ]

Checking server [whois.afilias.info]
Results:
Access to INFO WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Afilias registry database. The data in this record is provided by
Afilias Limited for informational purposes only, and Afilias does not
guarantee its accuracy. This service is intended only for query-based
access. You agree that you will use this data only for lawful purposes
and that, under no circumstances will you use this data to: (a) allow,
enable, or otherwise support the transmission by e-mail, telephone, or
facsimile of mass unsolicited, commercial advertising or solicitations
to entities other than the data recipient's own existing customers; or
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Afilias reserves
the right to modify these terms at any time. By submitting this query,
you agree to abide by this policy.

Domain ID:D24917819-LRMS
Domain Name:OLIVEGARDENS.INFO
Created On:24-May-2008 05:20:27 UTC
Last Updated On:23-Jul-2008 20:34:57 UTC
Expiration Date:24-May-2009 05:20:27 UTC
Sponsoring Registrar:Moniker Online Services Inc. (R245-LRMS)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT TRANSFER PROHIBITED

Status:CLIENT UPDATE PROHIBITED
Registrant ID:MONIKER730842
Registrant Name:fred joseph
Registrant Organization:
Registrant Street1:5406 godfrey rd
Registrant Street2:
Registrant Street3:
Registrant City:coral springs
Registrant State/Province:FL
Registrant Postal Code:33067
Registrant Country:US
Registrant Phone:+1.9547576070
Registrant Phone Ext.:
Registrant FAX:+1.9547576495
Registrant FAX Ext.:
Registrant Email:ussearch12@aol.com
Admin ID:MONIKER730842
Admin Name:fred joseph
Admin Organization:
Admin Street1:5406 godfrey rd
Admin Street2:
Admin Street3:
Admin City:coral springs
Admin State/Province:FL
Admin Postal Code:33067
Admin Country:US
Admin Phone:+1.9547576070
Admin Phone Ext.:
Admin FAX:+1.9547576495
Admin FAX Ext.:
Admin Email:ussearch12@aol.com
Billing ID:MONIKER730842
Billing Name:fred joseph
Billing Organization:
Billing Street1:5406 godfrey rd
Billing Street2:
Billing Street3:
Billing City:coral springs
Billing State/Province:FL
Billing Postal Code:33067
Billing Country:US
Billing Phone:+1.9547576070
Billing Phone Ext.:
Billing FAX:+1.9547576495
Billing FAX Ext.:
Billing Email:ussearch12@aol.com
Tech ID:MONIKER730842
Tech Name:fred joseph
Tech Organization:
Tech Street1:5406 godfrey rd
Tech Street2:
Tech Street3:
Tech City:coral springs
Tech State/Province:FL
Tech Postal Code:33067

Tech Country:US
Tech Phone:+1.9547576070
Tech Phone Ext.:
Tech FAX:+1.9547576495
Tech FAX Ext.:
Tech Email:ussearch12@aol.com
Name Server:NS3.DOMAINSERVICE.COM
Name Server:NS2.DOMAINSERVICE.COM
Name Server:NS1.DOMAINSERVICE.COM
Name Server:NS4.DOMAINSERVICE.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.9.121.222) has visited 13 times today.

**Reverse IP LookUp**
Easy Search Reverse By IP
Address Get Name Phone Address
& More !
People-Search.com/ReverseIP

**Whois Ip Address**
Seacrhing For Whois IP Address?
Get Free Info & Answers Online
here!
Blurtit.com

**Whois Lookup**
Global Whois Lookup for domain
names and their owners
www.who.is

**Networking Tools**
Collaborate with IT pros ⊂
network tools and utilities
ITtoolbox.
Networking.ITtoolbox.com

V V                                                                              Ads k

Copyright Centergate Research Group, LLC 1998 - 2007



Geektels | RFCs | Hotspots | Tools | Traceroute | Whois

| Reverse IP LookUp | Reverse IP Search |
|---|---|
| Easy Search Reverse By IP Address Get Name Phone Address & More ! | Easy Search Reverse IP Address Get Name Address Email & More ! |
| V V | |



**Whois:** olivegardens.org    [ Whois >> ]

Checking server [whois.publicinterestregistry.net]
Results:
NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations. All
rights reserved. Public Interest Registry reserves the right to modify these terms at any

time. By submitting this query, you agree to abide by this policy.

Domain ID:D152802232-LROR
Domain Name:OLIVEGARDENS.ORG
Created On:24-May-2008 05:20:29 UTC
Last Updated On:24-Jul-2008 03:49:35 UTC
Expiration Date:24-May-2009 05:20:29 UTC
Sponsoring Registrar:Moniker Online Services Inc. (R145-LROR)
Status:CLIENT DELETE PROHIBITED

```
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:MONIKER730842
Registrant Name:fred joseph
Registrant Street1:5406 godfrey rd
Registrant Street2:
Registrant Street3:
Registrant City:coral springs
Registrant State/Province:FL
Registrant Postal Code:33067
Registrant Country:US
Registrant Phone:+1.9547576070
Registrant Phone Ext.:
Registrant FAX:+1.9547576495
Registrant FAX Ext.:
Registrant Email:ussearch12@aol.com
Admin ID:MONIKER730842
Admin Name:fred joseph
Admin Street1:5406 godfrey rd
Admin Street2:
Admin Street3:
Admin City:coral springs
Admin State/Province:FL
Admin Postal Code:33067
Admin Country:US
Admin Phone:+1.9547576070
Admin Phone Ext.:
Admin FAX:+1.9547576495
Admin FAX Ext.:
Admin Email:ussearch12@aol.com
Tech ID:MONIKER730842
Tech Name:fred joseph
Tech Street1:5406 godfrey rd
Tech Street2:
Tech Street3:
Tech City:coral springs
Tech State/Province:FL
Tech Postal Code:33067
Tech Country:US
Tech Phone:+1.9547576070
Tech Phone Ext.:
Tech FAX:+1.9547576495
Tech FAX Ext.:
Tech Email:ussearch12@aol.com
Name Server:NS3.DOMAINSERVICE.COM
Name Server:NS2.DOMAINSERVICE.COM
Name Server:NS1.DOMAINSERVICE.COM
Name Server:NS4.DOMAINSERVICE.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```



Name Server:
Name Server:

Results brought to you by the GeekTools Whois Proxy
Server results may be copyrighted and are used with permission.
Proxy © 1999-2005 CenterGate Research Group LLC
Your host (66.9.121.222) has visited 14 times today.

**Reverse IP LookUp**
Easy Search Reverse By IP
Address Get Name Phone Address
& More !
People-Search.com/ReverseIP

**Whois Ip Address**
Seacrhing For Whois IP Address?
Get Free Info & Answers Online
here!
Blurtit.com

**Whois Lookup**
Global Whois Lookup for domain
names and their owners
www.who.is

**Networking Tools**
Collaborate with IT pros
network tools and utilities
ITtoolbox.
Networking.ITtoolbox.cor

V V                                                                    Ads b

Copyright Centergate Research Group, LLC 1998 - 2007

**<u>Exhibit 11</u>**

## Hecht, Chloe

**From:** ForrestFreedman@aol.com
**Sent:** Monday, June 16, 2008 2:36 PM
**To:** checht@ladas.net
**Cc:** Records5@aol.com
**Subject:** Re: Registration of the <olivegardengirls.com> and <olivegardenga ls.c om> do...

Dear Ms. Chloe A. Hecht
Ladas & Parry LLP
224 S. Michigan Avenue, Suite 1600
Chicago Illinois 60604
Telephone: 312-427-1300
Fascimile:  312- 427-6663
checht@ladas.net

RE: Registration of the <olivegardengirls.com> and <olivegardengals.com>

Dear Ms. Hecht:

Thank you for your past emails in regard to the above referenced matter.

My client has reviewed your email of June 9, 2008 with myself and has spoken with Paul Reilly from Baker Botts for independent legal analysis of the alleged trademark issues as well as the costs associated with potential trademark infringement litigation.

Based upon those discussions, and before my client expends further additional legal fees in regard of this disputed and contested matter, my client has directed me to contact you to relate the following offer as a final compromise in an effort to avert further proceedings.

My client will agree to sell your client the following domain names:

olivegardengirls.com
olive gardengals.com
olives.bz
olivegardengals.com.,net.,org.,info., and us.
olivegardens.info
olivegardens.org
olivegardens.us

My client demands the nominal sum of $7,000.00 dollars for  all of the above names tendered.  The demand amount is customary for the transfer of the number of domain names.

In addition to the above, my client's corporation will sign an agreement not to acquire any like domain names including the words <olive> and <garden> ,in any multi word domain name combination,  and/or will not direct and clicks to any 3rd party traffic page or competitor's  site, and will also sign a confidentiality agreement. My client does not agree to furnish your client with any of his proprietary information including advertising, artist rendering and or confidential research in regard to the specialty olive business project which he may still elect to pursue under a different name, and/or disclose them should litigation ensue.

Also be advised that my client has informed me that other companies have approached him and are interested in purchasing some of the above domain names should he no longer wish to utilize them.  From my standpoint, I believe that any of those interested companies  would have the stomach to litigate the trademark infringement issue ad nauseam, so it might be a prudent business decision for your client to accept my client's offer and to acquire them, now.

Please review the above with your client and get back to me at your earliest convenience. Please note that I will be out on medical leave from July 14, 2008 through August 12, 2008 and that my services will not be available to my client, U.S. Records Search and Information Services Inc. for that period so that any transfer must be completed by 7/14/.2008 or done after 8/13.2008.  I look forward to working with you towards the amicable resolution of this matter which would benefit both of our corporate clients.

Sincerely,


Forrest Freedman Esq.
Forrest Freedman & Associates P. A.
3333 W Commercial Blvd Suite 110
Ft Lauderdale FL 33309
Telephone:954 714 1037
Facsimile: 954 735-7488
email address: forrestfreedman@aol.com

Gas prices getting you down? Search AOL Autos for fuel-efficient used cars.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

7/24/2008

**Exhibit 12**

**Hecht, Chloe**

| | |
|---|---|
| **From:** | ForrestFreedman@aol.com |
| **Sent:** | Tuesday, July 08, 2008 11:55 AM |
| **To:** | checht@ladas.net |
| **Cc:** | Records5@aol.com |
| **Subject:** | Letter of July 8, 2008 |

LAW OFFICES OF

# FORREST SCOTT FREEDMAN, P.A.

3333 W. Commercial Drive Suite 110
Ft. Lauderdale  Florida 33309
Tel: (954) 714- 1037     FAX: (954 ) 735-7488

FORREST SCOTT FREEDMAN
OFFICES
Member, FL, NY, MA & Bars
Phillip Averbuck
Member  FL Bar Only
Joseph Affinitto

Member NJ Bar Only
-------------------------------
Fred Joseph – Investigator
Jamie Dinnerstein – Legal Assistant
William Brown – Legal Assistant _____

BROWARD

**Plantation Office**
8211 W. Broward Blvd.
Ft Lauderdale FL
33324

Tuesday, July 08, 2008
By regular  US Mail and by email only to expedite

delivery

Ms. Chloe A. Hecht
Ladas & Parry LLP
224 S. Michigan Avenue, Suite 1600
Chicago Illinois 60604

Subject: Re Registration of the <Olivegardengirls.com> and Olivegardengals.com>

Dear Ms. Hecht:

Please be advised that my law firm represents U.S. Records Search and Information Services Inc. Also be advised that neither my client nor myself has heard any response to our email sent to your office dated June 16, 2008, and that we interpret your silence to mean that your client has no interest in purchasing said names. We also interpret your client's inaction to mean that your client sees no "real trademark infringement and/ or ancillary  issues" with  my client's pending use of said names, as your client was given first opportunity to purchase said names and has refused.

That being the case, I have advised my client that he is free to use the names and redirect them towards his own web site and/or sell said domain names to whomsoever is interested in procuring them along with our correspondences which indicate that your client had elected to refrain from purchasing said domain names when offered the chance.  If your client does wish to respond to this letter and/ or purchase said names for the price offered in the email of June 16, 2008, please respond immediately.

Thank you for all courtesies extended on this matter and note that my office will be closed and that I am otherwise unavailable between July 14- and August 12, 2008 due to my medical leave.

If you have any questions, please do not hesitate to contact us.

Sincerely,


Jamie Dinnerstein, Legal Assistant
as dictated by
Forrest Freedman Esq.

---

Gas prices getting you down? Search AOL Autos for fuel-efficient used cars.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

7/24/2008