**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Darden Corporation<br>v.<br>Frederick Joseph d/b/a US Search, US Record Search, US Records Search, BankAccountsSearch, and/or Information Services, Inc. | FILED: AUGUST 29, 2008<br>08CV4957<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE MASON<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| John P. Luther |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ John P. Luther |

| FIRM |
|---|
| Ladas & Parry LLP |

| STREET ADDRESS |
|---|
| 224 S. Michigan Avenue, Suite 1600 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 31445 | 312-427-1300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐