## United States District Court for the Northern District of Illinois

Case Number: 08CV4957                    Assigned/Issued By: DAJ

Judge Name: LEINENWEBER           Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                          Receipt #: 3066499

Date Payment Rec'd: 08/29/08                 Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__2__ Original and __0__ copies on __08/29/08__ as to  FREDERICK JOSEPH
                                      (Date)
(3300 N UNIVERSITY DRIVE),(5406 GODFREY ROAD).

---

C:\wpwin80\docket\feeinfo.frm    03/14/05